AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

**UNDER SEAL**

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.   1:22CR154 |
| Tarry Jeron Wilson a/k/a "Tejai" a/k/a "City Limits" | ) ) ) ) | |

*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Tarry Jeron Wilson                                    ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☐ Complaint

☐ Probation Violation Petition          ☐ Supervised Release Violation Petition          ☐ Violation Notice          ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 371                         Conspiracy to engage in animal fighting
7 U.S.C. §§ 2156(b) and 18 U.S.C. § 49          Training and Transporting Dogs for Participation in and Animal Fighting Venture

Date: 8·24·22

*Issuing officer's signature*

City and state:     Alexandria, Virginia

Shaquela Howard, Deputy Clerk
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)*   8/25/2022, and the person was arrested on *(date)*   8/31/2022 at *(city and state)*   WARSAW, VA . |
| Date:   8/31/2022 |

*Arresting officer's signature*

S.A.B. McCARTHY
US DA OIG
*Printed name and title*