From: 100000570901339 Carlos L Harvey (owner)
Timestamp: 7/11/2018 9:50:56 AM(UTC-4)
Source App: Facebook Messenger
Body:
Folks came to my spot this morning kill the gram stuff
----------------------------
From: 100000570901339 Carlos L Harvey (owner)
Timestamp: 7/11/2018 9:51:10 AM(UTC-4)
Source App: Facebook Messenger
Body:
Took my dogs somebody hot
----------------------------
From: 100000570901339 Carlos L Harvey (owner)
Timestamp: 7/11/2018 9:51:41 AM(UTC-4)
Source App: Facebook Messenger
Body:
Hit me bk here
----------------------------
From: 100000570901339 Carlos L Harvey (owner)
Timestamp: 7/11/2018 10:02:16 AM(UTC-4)
Source App: Facebook Messenger
Body:
Tejai missed a call from you.
----------------------------

GOVERNMENT
EXHIBIT
335
1:22CR154

DF_CH_SW_0002758

From: 100000120240910 Tejai Wilson
Timestamp: 7/11/2018 10:11:23 AM(UTC-4)
Source App: Facebook Messenger
Body:
Tejai called you.

----------------------------

From: 100000120240910 Tejai Wilson
Timestamp: 7/11/2018 10:28:07 AM(UTC-4)
Source App: Facebook Messenger
Body:
You missed a call from Tejai.

----------------------------

From: 100000120240910 Tejai Wilson
Timestamp: 7/11/2018 10:30:34 AM(UTC-4)
Source App: Facebook Messenger
Body:
Tejai called you.

----------------------------

From: 100000120240910 Tejai Wilson
Timestamp: 7/11/2018 10:40:21 AM(UTC-4)
Source App: Facebook Messenger
Body:
Dat feds or local

----------------------------

From: 100000570901339 Carlos L Harvey (owner)
Timestamp: 7/11/2018 10:45:45 AM(UTC-4)
Source App: Facebook Messenger
Body:
Feds

----------------------------

From: 100000120240910 Tejai Wilson
Timestamp: 7/11/2018 11:21:07 AM(UTC-4)
Source App: Facebook Messenger
Body:
Dey busted in, aint charged for nuttin? Dey broke mill

----------------------------

From: 100000570901339 Carlos L Harvey (owner)
Timestamp: 7/11/2018 11:22:08 AM(UTC-4)
Source App: Facebook Messenger
Body:
No charges yet... but I'm sure they will sometime

----------------------------

From: 100000120240910 Tejai Wilson
Timestamp: 7/11/2018 11:23:53 AM(UTC-4)
Source App: Facebook Messenger
Body:
Damn im come by

----------------------------

From: 100000120240910 Tejai Wilson
Timestamp: 7/11/2018 11:27:12 AM(UTC-4)
Source App: Facebook Messenger
Body:
No warrants?  Dey got warrants to take dogs, dey busted in.. dey gotta havd warrants that too

----------------------------

From: 100000570901339 Carlos L Harvey (owner)
Timestamp: 7/11/2018 11:28:57 AM(UTC-4)

Source App: Facebook Messenger
Body:
Yes warrant
----------------------------
From: 100000120240910 Tejai Wilson
Timestamp: 7/11/2018 11:29:24 AM(UTC-4)
Source App: Facebook Messenger
Body:
Ok
----------------------------
From: 100000570901339 Carlos L Harvey (owner)
Timestamp: 7/12/2018 10:00:21 AM(UTC-4)
Source App: Facebook Messenger
Body:
You called Tejai.
----------------------------
From: 100000570901339 Carlos L Harvey (owner)
Timestamp: 7/12/2018 10:10:45 AM(UTC-4)
Source App: Facebook Messenger
Body:
You called Tejai.
----------------------------
From: 100000570901339 Carlos L Harvey (owner)
Timestamp: 7/12/2018 10:12:38 AM(UTC-4)
Source App: Facebook Messenger
Body:
You called Tejai.
----------------------------
From: 100000120240910 Tejai Wilson
Timestamp: 7/12/2018 4:01:45 PM(UTC-4)
Source App: Facebook Messenger
Body:
Tejai called you.
----------------------------