| Charles Williams | 269939247 |
|---|---|
| Rodriguez Norman | 229587657 |

GOVERNMENT
EXHIBIT
**160**
1:22CR154

**229587657**   ↗ Sent
3/13/2017 12:29:58 PM
Why what happen ?

**269939247**   ✓ Received
3/13/2017 12:31:29 PM
Big head got locked up last night 2guns and weed with his cousin

**229587657**   ↗ Sent
3/13/2017 12:32:00 PM
Awww shit ... smh did he have a lock on his phone ?

**269939247**   ✓ Received
3/13/2017 12:32:35 PM
Don't know they got it

**229587657**   ↗ Sent
3/13/2017 12:32:41 PM
Dang

**229587657**   ↗ Sent
3/13/2017 12:32:57 PM
Tell Tj to close the chat

| | |
|---|---|
| Charles Williams | 269939247 |
| Rodriguez Norman | 229587657 |

**229587657**
Tell Tj to close the chat
✓ Sent
3/13/2017 12:32:57 PM

**229587657**
And make a new one
↗ Sent
3/13/2017 12:33:03 PM

**269939247**
Derrick called him and told him
✓ Received
3/13/2017 12:33:38 PM

**269939247**
*No message content to display.*
✓ Received
3/13/2017 12:34:18 PM

**229587657**
Dang
↗ Sent
3/13/2017 12:35:52 PM

| Derek Garcia | 238869936 |
| Rodriguez Norman | 229587657 |

**238869936**
✓ Received
3/13/2017 12:58:50 PM

*No message content to display.*

**238869936**
✓ Received
3/13/2017 12:59:03 PM

*No message content to display.*

**229587657**
↗ Sent
3/13/2017 1:00:12 PM

Naw they not deleted

**229587657**
↗ Sent
3/13/2017 1:00:26 PM

You can't delete them

**229587657**
↗ Sent
3/13/2017 1:00:36 PM

You can just delete the group

**238869936**
✓ Received
3/13/2017 1:00:41 PM

I'm trying to tell TJ how to delete all the board messages

| Derek Garcia | 238869936 |
|---|---|
| Rodriguez Norman | 229587657 |

**238869936**
✓ Received
3/13/2017 1:00:41 PM

I'm trying to tell TJ how to delete all the board messages

**238869936**
✓ Received
3/13/2017 1:01:12 PM

Nah the mod can delete everything off without deleteing the group

**229587657**
↗ Sent
3/13/2017 1:01:26 PM

Oh really

**229587657**
↗ Sent
3/13/2017 1:01:32 PM

I didn't know that

**238869936**
✓ Received
3/13/2017 1:01:34 PM

It pops up delete for me or delete for everyone

**238869936**
✓ Received
3/13/2017 1:01:59 PM

No message content to display.

| Derek Garcia | 238869936 |
|---|---|
| Rodriguez Norman | 229587657 |

**238869936**

It pops up delete for me or delete for everyone

3/13/2017 1:01:34 PM

**238869936**

✓ Received

No message content to display.

3/13/2017 1:01:59 PM

**229587657**

↗ Sent

But that doesn't do anything for anyone

3/13/2017 1:02:43 PM

**229587657**

↗ Sent

If I delete that doesn't delete for anyone else

3/13/2017 1:03:39 PM

**238869936**

✓ Received

No message content to display.

3/13/2017 1:04:52 PM

**238869936**

✓ Received

No message content to display.

3/13/2017 1:05:03 PM

| Derek Garcia | 238869936 |
| Rodriguez Norman | 229587657 |

**238869936**
✓ Received
3/13/2017 1:05:03 PM

*No message content to display.*

**229587657**
↗ Sent
3/13/2017 1:08:59 PM

Yeah

**238869936**
✓ Received
3/13/2017 1:09:22 PM

*No message content to display.*

**238869936**
✓ Received
3/13/2017 1:09:25 PM

*No message content to display.*

**229587657**
↗ Sent
3/13/2017 1:14:06 PM

Yeah he have to just make a new one all together

**238869936**
✓ Received
3/13/2017 1:18:09 PM

*No message content to display.*

| Derek Garcia | 238869936 |
| Rodriguez Norman | 229587657 |

**229587657**
3/13/2017 1:14:06 PM

Yeah he have to just make a new one all together

**238869936**
✓ Received
3/13/2017 1:18:09 PM

*No message content to display.*

**238869936**
✓ Received
3/13/2017 1:18:15 PM

*No message content to display.*

**229587657**
↗ Sent
3/13/2017 1:18:39 PM

Naw they not
Goin delete

**238869936**
✓ Received
3/13/2017 1:19:40 PM

*No message content to display.*

**238869936**
✓ Received
3/13/2017 1:20:13 PM

*No message content to display.*