





GOVERNMENT EXHIBIT
346
1:22CR154

























