FD-1087a (Rev. 5-88-10)

UNCLASSIFIED//FOUO

# FEDERAL BUREAU OF INVESTIGATION
## Collected Item Log

**Event Title:** (U//FOUO) Search Warrant execution 1477 Nomini Grove Road, Warsaw, VA 22572

**Date:** 08/13/2020

**CC:** WF-IS4

**Approved By:** A/SSA Laura L. Walker

**Drafted By:** SA ANDREW B. LENHART

**Case ID #:** 249-WF-2235066     (U) BITE CLUB; ENVIRONMENTAL CRIMES - DOG FIGHTING

**Enclosure(s):** Enclosed are the following items:
1. (U//FOUO) FD-597 for search of property

**Details:**

The following items were collected pursuant to the execution of a Federal Search Warrant on August 12, 2020 at 1477 Nomini Grove Road, Warsaw, VA 22572.

**Collected From:** (U//FOUO) 1477 Nomini Grove Road, Warsaw, VA 22572 Tarry Jeron Wilson
1477 Nomini Grove
Warsaw
VA 22572

**Receipt Given?:** No

**Holding Office:** WASHINGTON FIELD

| Item Type | Description |
|---|---|
| 1B Digital | (U//FOUO) HP Laptop 5C G6910<br>Collected On: 08/12/2020 09:00 AM EDT<br>Seizing Individual: SA ANDREW B. LENHART<br>Other Locator: Chris Flaherty |

UNCLASSIFIED//FOUO

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

Title:  (U//FOUO) Search Warrant execution 1477 Nomini Grove Road, Warsaw, VA 22572
Re:  249-WF-2235066, 08/13/2020

```
                        Other Locator Agency:  FBI RH TFO
                        Location Area:  Room B
                        Specific Location:  plastic dresser
                        Device Type:  Computer
                        Number of Devices Collected:  1

1B Digital              (U//FOUO) Silver Flip video camera
                        Collected On:  08/12/2020 09:00 AM EDT
                        Seizing Individual:  SA ANDREW B. LENHART
                        Other Locator:  SA Andrew Manson
                        Other Locator Agency:  FBI RH
                        Location Area:  Room B
                        Specific Location:  dresser by TV
                        Device Type:  Digital Camera/Digital Video Camera
                        Number of Devices Collected:  1

1B General              (U//FOUO) Wound care items for dogs
                        Collected On:  08/12/2020 09:00 AM EDT
                        Seizing Individual:  SA ANDREW B. LENHART
                        Located By:  Michael M. Palian, Jr.
                        Location Area:  Room G
                        Specific Location:  Shelf

1B General              (U//FOUO) Vitamin supplements and medical supplies for
                        dogs combined with item 16 from FD-597
                        Collected On:  08/12/2020 09:00 AM EDT
                        Seizing Individual:  SA ANDREW B. LENHART
                        Other Locator:  TFO Childs

1B General              (U//FOUO) Training Log Notebook
                        Collected On:  08/12/2020 09:00 AM EDT
                        Seizing Individual:  SA ANDREW B. LENHART
                        Other Locator:  TFO Childs
                        Location Area:  Room D
                        Specific Location:  lower cabinet

1B General              (U//FOUO) Two training books (item 17 from FD 597)
                        Collected On:  08/12/2020 09:00 AM EDT
                        Seizing Individual:  SA ANDREW B. LENHART
```

UNCLASSIFIED//FOUO

Title: (U//FOUO) Search Warrant execution 1477 Nomini Grove Road, Warsaw, VA 22572
Re: 249-WF-2235066, 08/13/2020

```
                        Other Locator:  TFO Childs
                        Location Area:  Room D
                        Specific Location:  upper cabinet

1B General               (U//FOUO) Dog treadmill (item 24 from FD-597)
                        Collected On:  08/12/2020 09:00 AM EDT
                        Seizing Individual:  SA ANDREW B. LENHART
                        Other Locator:  Brian Vanlandingham
                        Other Locator Agency:  TFO Westmoreland County SO
                        Location Area:  Outbuilding

1B General               (U//FOUO) Modified human treadmill for dog training
                        (item 25 from FD-597)
                        Collected On:  08/12/2020 09:00 AM EDT
                        Seizing Individual:  SA ANDREW B. LENHART
                        Other Locator:  Brian Vanlandingham
                        Other Locator Agency:  TFO Westmoreland County SO
                        Location Area:  out building

1B Digital               (U//FOUO) Iphone in black case
                        Collected On:  08/12/2020 09:00 PM EDT
                        Seizing Individual:  SA ANDREW B. LENHART
                        Located By:  Michael M. Palian, Jr.
                        Device Type:  Cell Phone
                        Number of Devices Collected:  1

1B Drug                  (U//FOUO) Black Duffle Bag containing three bags of leaf
                        marijuana and multiple bags of cannabis products
                        Collected On:  08/12/2020 09:00 PM EDT
                        Seizing Individual:  SA ANDREW B. LENHART
                        Other Locator:  SA StanWojtkowski
                        Other Locator Agency:  USDA OIG
                        Location Area:  Room F
                        Specific Location:  on bed
                        Suspected Drug Type:  Marijuana
                        Total Package Weight:  4271 Grams

1B Drug                  (U//FOUO) Drug paraphenalia containing residue
                        Collected On:  08/12/2020 09:00 AM EDT
```

UNCLASSIFIED//FOUO

UNCLASSIFIED//FOUO

Title: (U//FOUO) Search Warrant execution 1477 Nomini Grove Road, Warsaw, VA 22572
Re: 249-WF-2235066, 08/13/2020

```
                        Seizing Individual:  SA ANDREW B. LENHART
                        Other Locator:  TFO Childs
                        Location Area:  Room D
                        Specific Location:  upper cabinet
                        Suspected Drug Type:  Marijuana
                        Total Package Weight:  280.9 Grams

1B Drug                 (U//FOUO) Green leafy substance
                        Collected On:  08/12/2020 09:00 AM EDT
                        Seizing Individual:  SA ANDREW B. LENHART
                        Located By:  FRANKLIN DERECK
                        Location Area:  Room B
                        Specific Location:  auqua colored bin
                        Suspected Drug Type:  Marijuana
                        Total Package Weight:  417.1 Grams

1B Drug                 (U//FOUO) marijuana enclosed in plastic bag
                        Collected On:  08/12/2020 09:00 AM EDT
                        Seizing Individual:  SA ANDREW B. LENHART
                        Other Locator:  SA Richard Orr
                        Suspected Drug Type:  Marijuana
                        Total Package Weight:  127.3 Grams

1B Drug                 (U//FOUO) Yellow powder
                        Collected On:  08/12/2020 09:00 AM EDT
                        Seizing Individual:  SA ANDREW B. LENHART
                        Located By:  FRANKLIN DERECK
                        Suspected Drug Type:  Other - Not Listed
                        Total Package Weight:  270.1 Grams

1B Drug                 (U//FOUO) marijuana in plastic containers
                        Collected On:  08/12/2020 09:00 AM EDT
                        Seizing Individual:  SA ANDREW B. LENHART
                        Other Locator:  SA Richard Orr
                        Location Area:  Room E
                        Specific Location:  brown dresser drawer
                        Suspected Drug Type:  Marijuana
                        Total Package Weight:  82.6 Grams
```

UNCLASSIFIED//FOUO

Title: (U//FOUO) Search Warrant execution 1477 Nomini Grove Road, Warsaw, VA 22572
Re: 249-WF-2235066, 08/13/2020

| | |
|---|---|
| 1B Drug | (U//FOUO) drug paraphenalia, plastic bags with residue<br>Collected On: 08/12/2020 09:00 AM EDT<br>Seizing Individual: SA ANDREW B. LENHART<br>Other Locator: SA Richard Orr<br>Location Area: Room E<br>Specific Location: middle drawer of brown plastic dresser<br>Suspected Drug Type: Marijuana<br>Total Package Weight: 436.4 Grams |
| 1B Drug | (U//FOUO) miscellaneous drug evidence with residue<br>Collected On: 08/12/2020 09:00 AM EDT<br>Seizing Individual: SA ANDREW B. LENHART<br>Other Locator: TFO childs<br>Location Area: Room D<br>Specific Location: upper cabinet<br>Suspected Drug Type: Marijuana<br>Total Package Weight: 125.7 Grams |
| 1B Drug | (U//FOUO) Scale, plastic container, packaging bags and vaping device, with residue<br>Collected On: 08/12/2020 09:00 AM EDT<br>Seizing Individual: SA ANDREW B. LENHART<br>Other Locator: SA Richard Orr<br>Location Area: Room E<br>Specific Location: top drawer of brown dresser<br>Suspected Drug Type: Marijuana<br>Total Package Weight: 277 Grams |
| 1B Drug | (U//FOUO) white powder in plastic bag<br>Collected On: 08/12/2020 09:00 AM EDT<br>Seizing Individual: SA ANDREW B. LENHART<br>Other Locator: SA Richard Orr<br>Location Area: room E<br>Specific Location: bathroom cabinet on far right<br>Suspected Drug Type: Cocaine<br>Total Package Weight: 56.6 Grams |
| 1B Drug | (U//FOUO) syringes in bag with marijuana residue<br>Collected On: 08/12/2020 09:00 AM EDT |

UNCLASSIFIED//FOUO

Title:  (U//FOUO) Search Warrant execution 1477 Nomini Grove Road, Warsaw, VA 22572
Re:  249-WF-2235066, 08/13/2020

                      Seizing Individual:  SA ANDREW B. LENHART
                      Other Locator:  TFO Childs
                      Location Area:  Room D
                      Specific Location:  upper cabinet
                      Suspected Drug Type:  Marijuana
                      Total Package Weight:  161.6 Grams

1B Drug            (U//FOUO) Nemex 2
                      Collected On:  08/12/2020 09:00 AM EDT
                      Seizing Individual:  SA ANDREW B. LENHART
                      Other Locator:  TFO Childs
                      Location Area:  Room D
                      Specific Location:  Upper cabinet
                      Suspected Drug Type:  Other - Not Listed
                      Total Package Weight:  89.6 Grams

1B Drug            (U//FOUO) Ivermectin
                      Collected On:  08/12/2020 09:00 AM EDT
                      Seizing Individual:  SA ANDREW B. LENHART
                      Other Locator:  TFO Childs
                      Location Area:  Room D
                      Specific Location:  upper cabinet
                      Suspected Drug Type:  Other - Not Listed
                      Total Package Weight:  88.5 Grams

1B Drug            (U//FOUO) Trazodone
                      Collected On:  08/12/2020 09:00 AM EDT
                      Seizing Individual:  SA ANDREW B. LENHART
                      Other Locator:  TFO Childs
                      Location Area:  Room D
                      Specific Location:  upper cabinet
                      Suspected Drug Type:  Other - Not Listed
                      Total Package Weight:  51.7 Grams

1B Drug            (U//FOUO) Green capsules is orange prescription bottle
                      Collected On:  08/12/2020 09:00 AM EDT
                      Seizing Individual:  SA ANDREW B. LENHART
                      Other Locator:  TFO Childs
                      Location Area:  Room D
                      Specific Location:  upper cabinet

UNCLASSIFIED//FOUO

Title: (U//FOUO) Search Warrant execution 1477 Nomini Grove Road, Warsaw, VA 22572
Re: 249-WF-2235066, 08/13/2020

```
                         Suspected Drug Type:  Unknown
                         Total Package Weight:  94.4 Grams


1B Drug                  (U//FOUO) Dexamethazone
                         Collected On:  08/12/2020 09:00 AM EDT
                         Seizing Individual:  SA ANDREW B. LENHART
                         Other Locator:  TFO Childs
                         Location Area:  Room D
                         Specific Location:  upper cabinet
                         Suspected Drug Type:  Other - Not Listed
                         Total Package Weight:  189.6 Grams


1B Drug                  (U//FOUO) Lupin pills
                         Collected On:  08/12/2020 09:00 AM EDT
                         Seizing Individual:  SA ANDREW B. LENHART
                         Located By:  Brandon G. Strait
                         Location Area:  Room G
                         Suspected Drug Type:  Other - Not Listed
                         Total Package Weight:  38.6 Grams


1B Drug                  (U//FOUO) Dog medicine (Albon)
                         Collected On:  08/12/2020 09:00 AM EDT
                         Seizing Individual:  SA ANDREW B. LENHART
                         Located By:  Brandon G. Strait
                         Location Area:  Room G
                         Specific Location:  Shelf
                         Suspected Drug Type:  Other - Not Listed
                         Total Package Weight:  40.5 Grams


1B Drug                  (U//FOUO) vials of rabies vaccine
                         Collected On:  08/12/2020 09:00 AM EDT
                         Seizing Individual:  SA ANDREW B. LENHART
                         Located By:  Brandon G. Strait
                         Location Area:  room G
                         Specific Location:  shelf
                         Suspected Drug Type:  Unknown
                         Total Package Weight:  254.8 Grams
```

UNCLASSIFIED//FOUO

Title: (U//FOUO) Search Warrant execution 1477 Nomini Grove Road, Warsaw, VA 22572
Re: 249-WF-2235066, 08/13/2020

♦♦