GX 377aT:  Call between Carlos Harvey and Tarry "TJ" Wilson

```
Session: 283
Direction: Outgoing
Date: January 10, 2019
Time: 13:56:56 EST
Harvey: 540-273-9278
Wilson: 240-412-1394
```

HARVEY: Right, the drop what is at 8?

WILSON: Yeah.

HARVEY: 8 o'clock?

WILSON: Yeah, yeah, yeah.

HARVEY: They go into a cool, a cool spot, right?

WILSON: Yeah, yeah, I heard it was the restaurant.

HARVEY: The restaurant?

WILSON: Yeah, yep.

HARVEY: Oh, I don't know where that's at. The fucks the same mother fucker every day.

WILSON: Goon been there, they go up there all the time though. They showed me, it's a cool spot, it's a cool spot. Benji told me he don't think he gonna make it, I said, hey, you don't make it you're gonna send the dog by your partner, they don't drop the dog, they gonna be here to drop the dog. Shit, I mean, they forfeit.

HARVEY: Yeah, they don't even go through all the bullshit, yeah.

WILSON: Yeah, we can do them Sunday, he asked me if he could at least do it? I said, Benji, we hooked the dogs Friday night and drop them at 8 o'clock, okay.

HARVEY: All right.

WILSON: Hey, I wanted forfeit; we can do the mother fuckers on Sunday morning, Sunday night, we can do them, you know the rules, man. You would make me do that shit that I do, so you know the rules.  Then they was talking all that shit, I didn't give them nothing. You know I ain't like that, I work with anybody. I won't work the forfeit as long as you drop the dog on Sunday. If you don't drop the dog Sunday, then I won the forfeit. So I said, man, fuck them mother fuckers, man. He gonna pay the forfeit and drop the dog 12 hours later, nah. He can drop them at 8 o'clock to 9 o'clock — I give them to 9 o'clock, but then, nah.

HARVEY: Yeah, that dudes mother fucking — he ain't gonna show up.



WILSON: Mm-hm.

HARVEY: You talking that shit now.

WILSON: That's what we was talking on the board, man. That's what we was talking on the board. That's when we was talking about the board. Cat got on CRO - - he said, City Limits got [UI] back pedal— mother fucking back pedal on me now - - man, Cat say, man, fuck that shit, we make a $500 bet, man. I want - - to forfeit, you ain't gotta pay me the forfeit too, we'd already set that shit up. So you've gotta give me $100, man.

HARVEY: Something else.

[Laughter]

WILSON: Yeah, aside that. - - Cat would know what I'm saying, hey, man—oh, hey, everybody on his ass now, man. Everybody on his ass, Frog hit him up for $300 Cat hit him up for $500, Biggie's trying to hit up, - -, trying to get hooked up. So he said, hey, DMV Board. Man, y'all chillin'. Name that shit DMV Board. Y'all teaming up on me, man.

HARVEY: Yeah.

WILSON: Hey, he said, there's 10 of y'all — 10 of y'all going with TJ, on TJ's side, he said, man, I can bet $100, $50, $100 at every person.

HARVEY: Shit.

[Background Noise]

WILSON: Frog and them on the side bar, he ain't got his $300 bet. Cat got him on $5,000 for a side bet too. That's why he said I might as well forfeit too. I ain't, I ain't never heard that shit before, man. I ain't never heard that shit before, man. He wants a side bet forfeit.