GX 378aT:  Call between Carlos Harvey and Tarry "TJ" Wilson

Session: 289
Direction: Incoming
Date: January 15, 2019
Time: 18:57:20 EST
Harvey: 540-273-9278
Wilson: 240-412-1394


HARVEY: This shit is outside or inside?

WILSON: Inside.

HARVEY: I don't know what the fuck to put on.

WILSON: Yeah.

HARVEY: - - going to be cold in that motherfucker.

WILSON: Yeah.

HARVEY: Yeah. Well, I put some motherfucking work shit on then.

WILSON: Yeah.

HARVEY: Damn. Mm, mm, mm. Damn. This weekend it's supposed to be colder than a motherfucker too, boy. They ain't calling for that motherfucker snowing shit again.

WILSON: Yeah.

HARVEY: - -, know what I mean. It's even going to be, if it's even going down in that.  .

WILSON: Yeah. I hope it don't snow when we get there and - -, it's snowing outside, we get outside, we - -.

HARVEY: Yeah. Motherfucking - - inches of  snow on the ground.
                                         -
WILSON: 2 inches on the ground, we got to drive four hours, three hours, - -.

HARVEY: No bullshit.

WILSON: Hey, I'm - -.

HARVEY: [Laughing] - - that motherfucker.

WILSON: We got to move.

HARVEY: We got to be on the motherfucking move champ.

WILSON: Yeah. I told Roy to get a van, or get an SUV.

HARVEY: Right.

GOVERNMENT
EXHIBIT
378aT
1:22CR154

WILSON: We can move. Derek driving.

HARVEY: Who?

WILSON: Derek is driving too.

HARVEY: Oh, uh, uh, uh Fatal Attraction going?

WILSON: Yeah, yeah.

HARVEY: It's good.

WILSON: Fatal Attraction, Deep in the Game going, so....

HARVEY: Yeah. That's cool; that's cool.

WILSON: I don't think Deep in the Game going. He be bullshit.

HARVEY: No. That dude probably ain't—he always do that shit.

WILSON: Yeah, yeah. He's a little loco.

HARVEY: Right.

WILSON: He might go though. He might go. I don't, I don't think he's going to go. He might go though.

HARVEY: Look at that motherfucking weather. That guy he ain't going nowhere. Chucky ain't going?

WILSON: No. I could take everybody out there for real.

HARVEY: [Laughing].

WILSON: I wish I could say everybody else there from the Board, man, for real. Shit.

HARVEY: No bullshit. But anyway, like I said man, if you all going to motherfucking stop through King George or wherever the fuck man, just let me know.

WILSON: Yeah. So - - I'm going, I'm going to um, Woodbridge going to Derek's house, going - -. I think I'm going to Woodbridge.  No. I think I'm going up the road, man. I don't want to drive in Woodbridge. I, I - - with 301 and come home.

HARVEY: So you say you're going—are you going to   - Friday then? Or -are you going to come back and Derek Saturday?

WILSON: No, no, no. Derek's driving himself. We can meet so....

HARVEY: But you said you're going to be up the road already. So where the fuck am I going to meet you at then?

WILSON: No, no, no. I'm going to go on the - - the road Saturday.

HARVEY: Oh, okay.

WILSON: Yeah. - - that.

HARVEY: Oh, shit. I probably be motherfucking, if I take, I might meet you at the motherfucking Walmart there.

WILSON: Yeah, yeah.

HARVEY: Yeah.

WILSON: - - everybody going all over the place.

HARVEY: Right, right, right. So that's cool. That's a bet. I'll meet you at the god damn, at the Walmart.

WILSON: Yeah. I'll - -.

HARVEY: Just give me--huh?

WILSON: I'm going to let you know, I hope we can figure out what we're doing tomorrow or Thursday night.

HARVEY: Yeah. you let me know something for sure then. At least by Friday morning, let me know something.

WILSON: Yeah - -.

HARVEY: Definitely, you know what I mean?

WILSON:  They got to figure out what they doing. That's my show. I, I can make the call.

HARVEY: Right.

WILSON: - - on what they doing, they got to do what I say to meet me. So they don't meet me, they can't go. We go, I told Derek, you going, so shit, I ride, you ride.

HARVEY: - -.

WILSON: I, I told Derek I'm going to meet him, he's going to meet me on the road and get my dogs so you, you ain't a smoker anyway. You might ride with Derek. I'm going to ride in the smoke car.