

**GOVERNMENT EXHIBIT**
**655**
1:22CR154



 **Red Crowder** ▶ **Scratch Dog Journal**
March 25 at 11:06 PM

Proven 2xw Up for stud $600 and a female pup

**ONLINE PEDIGREES :: [327045] :: SUPAREDS AL MORROCCO**
www.apbt.online-pedigrees.com

 36          23 Comments

 **Tejai Wilson** Red Crowder ok.. i kno this blood.. u got sum pups on him?

---

 **Buck Pablo Escobar** ▶ **Scratch Dog Journal**
March 9 at 3:15 PM

3xw 😐😐😐 #countryblack



 291          53 Comments

 **Tejai Wilson** Ppl get locked up off fb every wk!! BE SMART!!

---

 **Markief Wright** ▶ **Scratch Dog Journal**
January 23 at 10:23 AM

http://www.apbt.online-pedigrees.com/modules.php?name=Public&file=printPedigree&dog_id=664619 Good looking female right here



 10          22 Comments

 **Tejai Wilson** Sale? Let me buy her

 **Vernon Samuel** ▸ **Scratch Dog Journal**
October 3, 2019 at 6:24 AM

What is you thought on breeding a male while in a keep??? Why not or how it turn out... Only experience or see what own two eyes advice is needed...

👍😮 10                                                                                             33 Comments

 **Tejai Wilson** Hell no!! Hell naw!! I dnt agree wit dat.. have ur killer in There humping

 **Tejai Wilson** ▸ **Scratch Dog Journal**
April 28, 2019 at 9:23 AM

Stud: puppy deal..

**ONLINE PEDIGREES :: [516730] :: CITY LIMITS (4B) FRAZIER**
www.apbt.online-pedigrees.com



👍❤ 14                                                                                             11 Comments

 **Tejai Wilson** Bear Ceasar u got female?

Embedded Link: http://www.apbt.online-pedigrees.com/modules.php?name=Public&file=printPedigree&dog_id=516730&fbclid=IwAR290Fswc7amgSmGdm7Vpv9JXVCs8U6xVt1UspRRMYI0-HrepY7eDdGp5oU











Embedded Link: http://www.apbt.online-pedigrees.com/modules.php?name=Public&file=printPedigree&dog_id=633036&fbclid=IwAR2gAkiczEkAhUXdKoEVoZUvTpluKL1UfHKca7bbeMBYyeV9YQ7eEHMaFLM





Embedded Link: http://apbt.online-pedigrees.com/modules.php?name=Pedigrees&file=printPedigree&dog_id=413753&myPedigrees=1&fbclid=IwAR13A6mXm4aPc8MS6-W-WJhw6cPEyABP_TEwiVv-sxS0ldNvEbMQi3v50YY



**Swan Light** ▶ **Scratch Dog Journal**
April 12, 2017 at 11:15 PM

http://www.apbt.online-pedigrees.com/modules.php?name=Public&file=printPedigree&dog_id=260162 How do y'all feel about this specimen in offsprings?



👍 49    7 Comments

  Tejai Wilson I seen his son.. he beat us 1st show.. :45min.. 2nd :50min.. he was stifle dog ace!! I ain't seen no shit like dat!! He was make ch.. he got sick!!



**Tejai Wilson** ▶ **Scratch Dog Journal**
March 9, 2017 at 9:15 AM

http://www.apbt.online-pedigrees.com/modules.php?name=Public&file=printPedigree&dog_id=576971



👍 41    5 Comments

  Tejai Wilson Thank you!!

Embedded Link: http://www.apbt.online-pedigrees.com/modules.php?name=Public&file=printPedigree&dog_id=576971&fbclid=IwAR3xjqTBVukj-SihtK5YkwRnLSWLlpP4YTS26y6o2kJhZ9M7RLK_hovdu70



**Tejai Wilson** ▶ Scratch Dog Journal
February 18, 2017 at 7:22 PM

http://www.apbt.online-pedigrees.com/modules.php?name=Public&file=printPedigree&dog_id=525004
19mths already started !! 850 firm!! Nothing... See More



**ONLINE PEDIGREES :: [525004] :: CITY LIMITS BOBBY JR**
www.apbt.online-pedigrees.com

👍 17                                          12 Comments


**Tejai Wilson** HE ACT REAL GOOD!!!

Embedded Link: http://www.apbt.online-pedigrees.com/modules.php?name=Public&file=printPedigree&dog_id=525004&fbclid=IwAR0_XIaQC0H1zAxuMnx50Iz9Pot83W4JMbJf8QMBwY97KwxnfhSgElMLI90



**Tejai Wilson** ▶ Scratch Dog Journal
January 25, 2017 at 2:12 PM

Question:who got that turtlebuster blood!! Jeep-Redboy-turtlebuster ?

 5                                          14 Comments


**Tejai Wilson** M/f anyone



**Tejai Wilson** ▶ **Scratch Dog Journal**
January 25, 2017 at 2:05 PM

Working big boy 52lbs!!

👍 65　　　　　　　　　　　　　　　　　3 Comments

**Tejai Wilson** Thank you

---

**Tejai Wilson** ▶ **Scratch Dog Journal**
July 24, 2016 at 12:26 PM

Do anybody Eli dog.. Stud?

👍 2　　　　　　　　　　　　　　　　　44 Comments

**Tejai Wilson** Cardenas/ nigger Toby or Toby Jr dats Wat im looking for.



Embedded Link: http://www.apbt.online-pedigrees.com/modules.php?name=Public&file=printPedigree&dog_id=518016



Embedded Link: http://www.apbt.online-pedigrees.com/modules.php?name=Public&file=printPedigree&dog_id=518016



**Tejai Wilson** ▶ **Scratch Dog Journal**
April 12, 2016 at 10:13 AM

http://www.apbt.online-pedigrees.com/public/printPedigree.php?dog_id=560262



👍 10    9 Comments

  **Tejai Wilson** Eddie Glover ped

Embedded Link: http://www.apbt.online-pedigrees.com/modules.php?name=Public&file=printPedigree&dog_id=560262



**Tejai Wilson** ▶ **Scratch Dog Journal**
April 11, 2016 at 4:19 PM

Ch Clydesdale.. Wayne 13month



👍 22    3 Comments

  **Tejai Wilson** http://www.apbt.online-pedigrees.com/modules.php?name=Pedigrees&file=printPedigree&dog_id=491006&myPedigrees=1&page=1

Embedded Link: http://www.apbt.online-pedigrees.com/modules.php?name=Pedigrees&file=printPedigree&dog_id=491006&myPedigrees=1&page=1&fbclid=IwAR0PNGtOlrgr3gOjYjci79bsCeIxbH9wPFZKlCqc3GQB3auYa4Q6eNDq9pk




Tejai Wilson ▶ Scratch Dog Journal
April 11, 2016 at 7:29 PM

Bella!!! http://www.apbt.online-pedigrees.com/public/printPedigree.php?dog_id=413753

 29    13 Comments

Tejai Wilson http://www.apbt.online-pedigrees.com/public/printPedigree.php?dog_id=518016

Embedded Link: http://www.apbt.online-pedigrees.com/modules.php?name=Public&file=printPedigree&dog_id=413753



Tejai Wilson ▶ Scratch Dog Journal
December 12, 2016 at 9:57 AM

3wks !!! Doin good!! Good looking pups , healthy!!



 52    6 Comments

Tejai Wilson http://www.apbt.online-pedigrees.com/public/printPedigree.php?dog_id=576971