# (DMV Board Activity on or about 1-17-19)
## DMV board 190117 190122: 1:04:54 - 1:05:49



DEEP IN THE GAME (Text):  https://www.wric.com/news/crime/man-pleads-guilty-to-running-dogfighting-operation-out-of-south-richmond-home/1706055408.

DEEP IN THE GAME (Text):  Screenshot depicting WRIC.com News webpage.

CITY (Audio):  Man, that shit getting bad, bad.

DEEP IN THE GAME (Audio):  I mean a lot of it, you know, stem from -- you know what I mean? -- like, keeping your neighbors out of your business and -- and thinking -- you know what I'm saying? -- everybody cool and -- you know what I'm saying.  You got to just be aware that, you know, it's 2019.  And, you know, sometimes, you know, no news is good news.  So --

CITY (Audio):  That's what I just thought of anyway, man.  Everybody ain't cool.  Just they don't say nothing, that don't mean they ain't cool with it, man.  People like dogs.  They don't like what we doing to them, though.  I bet you that.

DEEP IN THE GAME (Audio):  Man, it's funny you say this, TJ.



GOVERNMENT EXHIBIT
**949T**
1:22CR154