



**Extraction Report** - Apple iOS Full File system

---

## Chats (1)

### Telegram (1)

#### Native (1)

| # | | Deleted |
|---|---|---|
| 1 | **Name:** Good Guys!<br>**Start Time:** 6/22/2020 12:48:39 PM(UTC+0)<br>**Last Activity:** 7/1/2020 12:14:17 AM(UTC+0)<br>**Number of attachments:** 37<br>**Source:** Telegram<br>**Source file:** 00008020-000555013A41002E_files_partial-afu.zip/private/var/mobile/Containers/Shared/AppGroup/BFF28394-963A-42FD-B435-FD03A465334E/telegram-data/account-6887723184833668076/postbox/db/db_sqlite : 0xED4A4B (Size: 57982976 bytes)<br>00008020-000555013A41002E_files_partial-afu.zip/private/var/mobile/Containers/Shared/AppGroup/BFF28394-963A-42FD-B435-FD03A465334E/telegram-data/account-6887723184833668076/postbox/db/db_sqlite-wal : 0x23F96C (Size: 8693232 bytes)<br>**Body file:** chat-1.txt<br><br>Participants:<br><br>238869936<br>Deek<br><br>112310859<br>Johnny Cash<br><br>228537188<br>City limits knls (owner)<br><br>**Identifier:** 9880245989 | Yes |

---

**238869936 Deek**

What's good guys

6/22/2020 12:48:39 PM(UTC+0)

Source Info:
00008020-000555013A41002E_files_partial-
afu.zip/private/var/mobile/Containers/Shared/AppGroup/BFF28394-963A-42FD-B435-
FD03A465334E/telegram-data/account-6887723184833668076/postbox/db/db_sqlite :
0x2CD6F87 (Size: 57982976 bytes)

**112310859 Johnny Cash**

Was up yall

6/22/2020 1:43:30 PM(UTC+0)

Source Info:
00008020-000555013A41002E_files_partial-
afu.zip/private/var/mobile/Containers/Shared/AppGroup/BFF28394-963A-42FD-B435-
FD03A465334E/telegram-data/account-6887723184833668076/postbox/db/db_sqlite :
0x2CED802 (Size: 57982976 bytes)

**GOVERNMENT EXHIBIT**

**613**

**1:22CR154**

112310859 Johnny Cash

**Attachments:**



Size: 136011
File name: telegram-cloud-document-1-5152668962181349709
telegram-cloud-document-1-5152668962181349709

6/22/2020 1:43:39 PM(UTC+0)

Source Info:
00008020-000555013A41002E_files_partial-
afu.zip/private/var/mobile/Containers/Shared/AppGroup/BFF28394-963A-42FD-B435-
FD03A465334E/telegram-data/account-6887723184833668076/postbox/db/db_sqlite :
0x2CD61D0 (Size: 57982976 bytes)
00008020-000555013A41002E_files_partial-
afu.zip/private/var/mobile/Containers/Shared/AppGroup/BFF28394-963A-42FD-B435-
FD03A465334E/telegram-data/account-6887723184833668076/postbox/media/telegram-
cloud-document-1-5152668962181349709 :  (Size: 136011 bytes)

238869936 Deek

I know you were ready to get back to it

6/22/2020 1:50:06 PM(UTC+0)

Source Info:
00008020-000555013A41002E_files_partial-
afu.zip/private/var/mobile/Containers/Shared/AppGroup/BFF28394-963A-42FD-B435-
FD03A465334E/telegram-data/account-6887723184833668076/postbox/db/db_sqlite :
0x2CD6108 (Size: 57982976 bytes)

228537188 City limits knls

**Attachments:**



Size: 53814
File name: telegram-cloud-document-1-5152668962181349710
telegram-cloud-document-1-5152668962181349710

6/22/2020 1:52:35 PM(UTC+0)

Source Info:
00008020-000555013A41002E_files_partial-
afu.zip/private/var/mobile/Containers/Shared/AppGroup/BFF28394-963A-42FD-B435-
FD03A465334E/telegram-data/account-6887723184833668076/postbox/db/db_sqlite :
0x2CED5A5 (Size: 57982976 bytes)
00008020-000555013A41002E_files_partial-
afu.zip/private/var/mobile/Containers/Shared/AppGroup/BFF28394-963A-42FD-B435-
FD03A465334E/telegram-data/account-6887723184833668076/postbox/media/telegram-
cloud-document-1-5152668962181349710 :  (Size: 53814 bytes)

112310859 Johnny Cash

Ain't shit man just getting it

6/22/2020 2:20:31 PM(UTC+0)

Source Info:
00008020-000555013A41002E_files_partial-
afu.zip/private/var/mobile/Containers/Shared/AppGroup/BFF28394-963A-42FD-B435-
FD03A465334E/telegram-data/account-6887723184833668076/postbox/db/db_sqlite :
0x2CD6D41 (Size: 57982976 bytes)

112310859 Johnny Cash

**Attachments:**



Size: 5061988
File name: telegram-cloud-document-1-5156815117450477714
telegram-cloud-document-1-5156815117450477714

6/23/2020 12:58:42 AM(UTC+0)

Source Info:
00008020-000555013A41002E_files_partial-
afu.zip/private/var/mobile/Containers/Shared/AppGroup/BFF28394-963A-42FD-B435-
FD03A465334E/telegram-data/account-6887723184833668076/postbox/db/db_sqlite :
0x2D1AD22 (Size: 57982976 bytes)
00008020-000555013A41002E_files_partial-
afu.zip/private/var/mobile/Containers/Shared/AppGroup/BFF28394-963A-42FD-B435-
FD03A465334E/telegram-data/account-6887723184833668076/postbox/media/telegram-
cloud-document-1-5156815117450477714 :  (Size: 5061988 bytes)

238869936 Deek

Real nice!!! I like the name

6/23/2020 1:18:43 AM(UTC+0)

Source Info:
00008020-000555013A41002E_files_partial-
afu.zip/private/var/mobile/Containers/Shared/AppGroup/BFF28394-963A-42FD-B435-
FD03A465334E/telegram-data/account-6887723184833668076/postbox/db/db_sqlite :
0x2C7A1B9 (Size: 57982976 bytes)

238869936 Deek

Ray Donavan

6/23/2020 1:19:34 AM(UTC+0)

Source Info:
00008020-000555013A41002E_files_partial-
afu.zip/private/var/mobile/Containers/Shared/AppGroup/BFF28394-963A-42FD-B435-
FD03A465334E/telegram-data/account-6887723184833668076/postbox/db/db_sqlite :
0x2C7A9A2 (Size: 57982976 bytes)

112310859 Johnny Cash

6/23/2020 1:39:01 AM(UTC+0)

Source Info:
00008020-000555013A41002E_files_partial-
afu.zip/private/var/mobile/Containers/Shared/AppGroup/BFF28394-963A-42FD-B435-
FD03A465334E/telegram-data/account-6887723184833668076/postbox/db/db_sqlite :
0x2D1A662 (Size: 57982976 bytes)

228537188 City limits knls

**Attachments:**



Size: 18596
File name: telegram-cloud-document-1-5154920761995034892
telegram-cloud-document-1-5154920761995034892

6/23/2020 2:01:20 AM(UTC+0)

Source Info:
00008020-000555013A41002E_files_partial-
afu.zip/private/var/mobile/Containers/Shared/AppGroup/BFF28394-963A-42FD-B435-
FD03A465334E/telegram-data/account-6887723184833668076/postbox/db/db_sqlite :
0x2D1A70F (Size: 57982976 bytes)
00008020-000555013A41002E_files_partial-
afu.zip/private/var/mobile/Containers/Shared/AppGroup/BFF28394-963A-42FD-B435-
FD03A465334E/telegram-data/account-6887723184833668076/postbox/media/telegram-
cloud-document-1-5154920761995034892 :  (Size: 18596 bytes)

238869936 Deek

How's he bred?

6/23/2020 2:12:02 AM(UTC+0)

Source Info:
00008020-000555013A41002E_files_partial
afu.zip/private/var/mobile/Containers/Shared/AppGroup/BFF28394-963A-42FD-B435-
FD03A465334E/telegram-data/account-6887723184833668076/postbox/db/db_sqlite :
0x2CB8EE5 (Size: 57982976 bytes)

112310859 Johnny Cash

Just a 10 month old pup alpo x cupcake

6/23/2020 2:14:40 AM(UTC+0)

Source Info:
00008020-000555013A41002E_files_partial-
afu.zip/private/var/mobile/Containers/Shared/AppGroup/BFF28394-963A-42FD-B435-
FD03A465334E/telegram-data/account-6887723184833668076/postbox/db/db_sqlite :
0x2D1AC28 (Size: 57982976 bytes)

112310859 Johnny Cash

http://www.apbt.online-
pedigrees.com/modules.php?name=Public&file=printPedigree&dog_id=654443

6/23/2020 2:15:26 AM(UTC+0)

Source Info:
00008020-000555013A41002E_files_partial-afu.zip/private/var/mobile/Containers/Shared/AppGroup/BFF28394-963A-42FD-B435-
FD03A465334E/telegram-data/account-6887723184833668076/postbox/db/db_sqlite : 0x2C7AD4A (Size: 57982976 bytes)

228537188 City limits knls

Red alert 1xw :32mins

6/27/2020 9:40:50 AM(UTC+0)

Source Info:
00008020-000555013A41002E_files_partial-
afu.zip/private/var/mobile/Containers/Shared/AppGroup/BFF28394-963A-42FD-B435-
FD03A465334E/telegram-data/account-6887723184833668076/postbox/db/db_sqlite :
0x2CB8DCA (Size: 57982976 bytes)

112310859 Johnny Cash

**Attachments:**



Size: 26427
File name: telegram-cloud-document-1-5168415124037304546
telegram-cloud-document-1-5168415124037304546

6/27/2020 12:05:49 PM(UTC+0)

Source Info:
00008020-000555013A41002E_files_partial-
afu.zip/private/var/mobile/Containers/Shared/AppGroup/BFF28394-963A-42FD-B435-
FD03A465334E/telegram-data/account-6887723184833668076/postbox/db/db_sqlite :
0x2C7A7F6 (Size: 57982976 bytes)
00008020-000555013A41002E_files_partial-
afu.zip/private/var/mobile/Containers/Shared/AppGroup/BFF28394-963A-42FD-B435-
FD03A465334E/telegram-data/account-6887723184833668076/postbox/media/telegram-
cloud-document-1-5168415124037304546 :  (Size: 26427 bytes)

238869936 Deek

City Limits Kennel's Thor into Dog Father Kennel's Tank Top Shorty both first time out at 47lbs M.
Thor comes in at 47lbs 1oz and Tank Top Shorty comes in at 46lbs 9oz.
At 16 minutes Tank Top Shorty quits by slowing walking over and stopping two feet to the right of the other dog, not moving and looking around.
Thor completes his courtesy scratch.
Winner is City Limits Kennel's Thor 1xw.

G-Code Kennel's Bullet into Geehad Kennel's Cacaroto both first time out at 41lbs 8oz M.
Bullet comes in at 42lbs 8oz and Cacaroto comes in at 41lbs.
At 1 hour 13 minutes Cacaroto falls down and cannot move.
Bullet completes his courtesy scratch.
Winner is G-Code Kennel's Bullet 1xw.

6/28/2020 5:58:25 AM(UTC+0)

Source Info:
00008020-000555013A41002E_files_partial-afu.zip/private/var/mobile/Containers/Shared/AppGroup/BFF28394-963A-42FD-B435-FD03A465334E/telegram-data/account-688772318483368076/postbox/db/db_sqlite : 0x2C7AA29 (Size: 57982976 bytes)

238869936 Deek

Tha Goons Kennel's T-Rex first time out into Work and Stackhouse Kennel's Rudy 2xw at 34lbs M.
T-Rex comes in at 34lbs 7oz and Rudy comes in at 34lbs 15oz.
At 1 hour 1 minute Rudy quits standing on all fours and not moving.
T-Rex completes his courtesy scratch.
Winner is Tha Goons Kennel's T-Rex 1xw.
*T-Rex 1xw is awarded GIS*

Tap Out Kennel's One Eye (only has one eye, completely blind in his left eye) into XXX and Latino Family Kennel's Lucious both first time out at 43lbs M.
One Eye comes in at 42lbs 12oz and Lucious comes in at 42lbs 2oz.
At 18 minutes Lucious quits standing on all fours and not moving.
One Eye completes his courtesy scratch.
Winner is Tap Out Kennel's One Eye 1xw.
*One Eye 1xw is awarded BIS*

City Limits Kennel's Red Alert (Condition and Handled by Fatal Attraction) into Tap Out Kennel's Pretty Girl both first time out at 33lbs 8oz.
Red Alert comes in at 33lbs 13oz and Pretty Girl comes in at 33lbs 15oz.
At 32 minutes Pretty Girl quits standing on all fours and not moving.
Red Alert completes her courtesy scratch.
Winner is City Limits Kennel's Red Alert 1xw.

6/28/2020 6:02:02 AM(UTC+0)

Source Info:
00008020-000555013A41002E_files_partial-afu.zip/private/var/mobile/Containers/Shared/AppGroup/BFF28394-963A-42FD-B435-FD03A465334E/telegram-data/account-688772318483368076/postbox/db/db_sqlite : 0x2C7A2D7 (Size: 57982976 bytes)

112310859 Johnny Cash

Sounds like yall had a good weekend. Congratulations fellas

6/28/2020 12:51:51 PM(UTC+0)

Source Info:
00008020-000555013A41002E_files_partial-afu.zip/private/var/mobile/Containers/Shared/AppGroup/BFF28394-963A-42FD-B435-FD03A465334E/telegram-data/account-688772318483368076/postbox/db/db_sqlite : 0x2D1A5AB (Size: 57982976 bytes)

238869936 Deek

Thanks bro

6/28/2020 1:07:18 PM(UTC+0)

Source Info:
00008020-000555013A41002E_files_partial-afu.zip/private/var/mobile/Containers/Shared/AppGroup/BFF28394-963A-42FD-B435-FD03A465334E/telegram-data/account-688772318483368076/postbox/db/db_sqlite : 0x2C7A251 (Size: 57982976 bytes)

228537188 City limits knls

Thank you

6/28/2020 9:33:18 PM(UTC+0)

Source Info:
00008020-000555013A41002E_files_partial-
afu.zip/private/var/mobile/Containers/Shared/AppGroup/BFF28394-963A-42FD-B435-
FD03A465334E/telegram-data/account-6887723184833668076/postbox/db/db_sqlite :
0x2D1AA8C (Size: 57982976 bytes)

238869936 Deek

I hear Alpo with Malkant now

6/29/2020 3:08:39 PM(UTC+0)

Source Info:
00008020-000555013A41002E_files_partial-
afu.zip/private/var/mobile/Containers/Shared/AppGroup/BFF28394-963A-42FD-B435-
FD03A465334E/telegram-data/account-6887723184833668076/postbox/db/db_sqlite :
0x2D1AB90 (Size: 57982976 bytes)

112310859 Johnny Cash

Its true. 40grand

6/29/2020 3:33:17 PM(UTC+0)

Source Info:
00008020-000555013A41002E_files_partial-
afu.zip/private/var/mobile/Containers/Shared/AppGroup/BFF28394-963A-42FD-B435-
FD03A465334E/telegram-data/account-6887723184833668076/postbox/db/db_sqlite :
0x2CB8C8B (Size: 57982976 bytes)

112310859 Johnny Cash

Hard to say no

6/29/2020 3:33:33 PM(UTC+0)

Source Info:
00008020-000555013A41002E_files_partial-
afu.zip/private/var/mobile/Containers/Shared/AppGroup/BFF28394-963A-42FD-B435-
FD03A465334E/telegram-data/account-6887723184833668076/postbox/db/db_sqlite :
0x2CB8E5B (Size: 57982976 bytes)

238869936 Deek

No doubt about it

6/29/2020 3:35:53 PM(UTC+0)

Source Info:
00008020-000555013A41002E_files_partial-
afu.zip/private/var/mobile/Containers/Shared/AppGroup/BFF28394-963A-42FD-B435-
FD03A465334E/telegram-data/account-6887723184833668076/postbox/db/db_sqlite :
0x2CB8D18 (Size: 57982976 bytes)

228537188 City limits knls

**Attachments:**



Size: 49299
File name: telegram-cloud-document-1-5174932835693232227
telegram-cloud-document-1-5174932835693232227

6/29/2020 4:31:43 PM(UTC+0)

Source Info:
00008020-000555013A41002E_files_partial-
afu.zip/private/var/mobile/Containers/Shared/AppGroup/BFF28394-963A-42FD-B435-
FD03A465334E/telegram-data/account-6887723184833668076/postbox/db/db_sqlite :
0x2D1A8BB (Size: 57982976 bytes)
00008020-000555013A41002E_files_partial-
afu.zip/private/var/mobile/Containers/Shared/AppGroup/BFF28394-963A-42FD-B435-
FD03A465334E/telegram-data/account-6887723184833668076/postbox/media/telegram-
cloud-document-1-5174932835693232227 :  (Size: 49299 bytes)

112310859 Johnny Cash

6/29/2020 4:34:56 PM(UTC+0)

Source Info:
00008020-000555013A41002E_files_partial-
afu.zip/private/var/mobile/Containers/Shared/AppGroup/BFF28394-963A-42FD-B435-
FD03A465334E/telegram-data/account-6887723184833668076/postbox/db/db_sqlite :
0x2D1AB10 (Size: 57982976 bytes)

112310859 Johnny Cash

6/29/2020 4:34:58 PM(UTC+0)

Source Info:
00008020-000555013A41002E_files_partial-
afu.zip/private/var/mobile/Containers/Shared/AppGroup/BFF28394-963A-42FD-B435-
FD03A465334E/telegram-data/account-6887723184833668076/postbox/db/db_sqlite :
0x2CB8F95 (Size: 57982976 bytes)

228537188 City limits knls

Attachments:



Size: 138804
File name: telegram-cloud-document-1-5177184635506917548
telegram-cloud-document-1-5177184635506917548

6/30/2020 2:33:12 PM(UTC+0)

Source Info:
00008020-000555013A41002E_files_partial-
afu.zip/private/var/mobile/Containers/Shared/AppGroup/BFF28394-963A-42FD-B435-
FD03A46533AE/telegram-data/account-6887723184833668076/postbox/db/db_sqlite :
0x2CFF4F6 (Size: 57982976 bytes)
00008020-000555013A41002E_files_partial-
afu.zip/private/var/mobile/Containers/Shared/AppGroup/BFF28394-963A-42FD-B435-
FD03A465334E/telegram-data/account-6887723184833668076/postbox/media/telegram-
cloud-document-1-5177184635506917548 :  (Size: 138804 bytes)

112310859 Johnny Cash

Wazzzup yall

6/30/2020 2:34:38 PM(UTC+0)

Source Info:
00008020-000555013A41002E_files_partial-
afu.zip/private/var/mobile/Containers/Shared/AppGroup/BFF28394-963A-42FD-B435-
FD03A465334E/telegram-data/account-6887723184833668076/postbox/db/db_sqlite :
0x2CFF7DE (Size: 57982976 bytes)

112310859 Johnny Cash

Yes

6/30/2020 2:34:45 PM(UTC+0)

Source Info:
00008020-000555013A41002E_files_partial-
afu.zip/private/var/mobile/Containers/Shared/AppGroup/BFF28394-963A-42FD-B435-
FD03A465334E/telegram-data/account-6887723184833668076/postbox/db/db_sqlite :
0x2CFF8F6 (Size: 57982976 bytes)

112310859 Johnny Cash

Gimme a few

6/30/2020 2:35:00 PM(UTC+0)

Source Info:
00008020-000555013A41002E_files_partial-
afu.zip/private/var/mobile/Containers/Shared/AppGroup/BFF28394-963A-42FD-B435-
FD03A465334E/telegram-data/account-6887723184833668076/postbox/db/db_sqlite :
0x2D1AF8E (Size: 57982976 bytes)

112310859 Johnny Cash

I got you my brother

6/30/2020 2:35:14 PM(UTC+0)

Source Info:
00008020-000555013A41002E_files_partial-
afu.zip/private/var/mobile/Containers/Shared/AppGroup/BFF28394-963A-42FD-B435-
FD03A465334E/telegram-data/account-6887723184833668076/postbox/db/db_sqlite :
0x2CFF866 (Size: 57982976 bytes)

238869936 Deek

What's good brothers

6/30/2020 2:36:37 PM(UTC+0)

Source Info:
00008020-000555013A41002E_files_partial-
afu.zip/private/var/mobile/Containers/Shared/AppGroup/BFF28394-963A-42FD-B435-
FD03A465334E/telegram-data/account-6887723184833668076/postbox/db/db_sqlite :
0x2CFF6A2 (Size: 57982976 bytes)

228537188 City limits knls

Thank you

6/30/2020 2:40:38 PM(UTC+0)

Source Info:
00008020-000555013A41002E_files_partial-
afu.zip/private/var/mobile/Containers/Shared/AppGroup/BFF28394-963A-42FD-B435-
FD03A465334E/telegram-data/account-6887723184833668076/postbox/db/db_sqlite :
0x2CFF734 (Size: 57982976 bytes)

112310859 Johnny Cash

6/30/2020 2:41:01 PM(UTC+0)

Source Info:
00008020-000555013A41002E_files_partial-
afu.zip/private/var/mobile/Containers/Shared/AppGroup/BFF28394-963A-42FD-B435-
FD03A465334E/telegram-data/account-6887723184833668076/postbox/db/db_sqlite :
0x2CFF9CD (Size: 57982976 bytes)

112310859 Johnny Cash

Shiiiit man laying low

6/30/2020 2:41:17 PM(UTC+0)

Source Info:
00008020-000555013A41002E_files_partial-
afu.zip/private/var/mobile/Containers/Shared/AppGroup/BFF28394-963A-42FD-B435-
FD03A465334E/telegram-data/account-6887723184833668076/postbox/db/db_sqlite :
0x2CFFAAD (Size: 57982976 bytes)

238869936 Deek

Sounds good

6/30/2020 2:42:53 PM(UTC+0)

Source Info:
00008020-000555013A41002E_files_partial-
afu.zip/private/var/mobile/Containers/Shared/AppGroup/BFF28394-963A-42FD-B435-
FD03A465334E/telegram-data/account-6887723184833668076/postbox/db/db_sqlite :
0x2CFFB64 (Size: 57982976 bytes)

238869936 Deek

I'm ready to get this male looked at again ASAP and hopefully get back in the trenches

6/30/2020 2:43:15 PM(UTC+0)

Source Info:
00008020-000555013A41002E_files_partial-afu.zip/private/var/mobile/Containers/Shared/AppGroup/BFF28394-963A-42FD-B435-
FD03A465334E/telegram-data/account-6887723184833668076/postbox/db/db_sqlite : 0x2CFFBEB (Size: 57982976 bytes)

112310859 Johnny Cash

Need a 34f and 38 male

6/30/2020 2:47:29 PM(UTC+0)

Source Info:
00008020-000555013A41002E_files_partial-
afu.zip/private/var/mobile/Containers/Shared/AppGroup/BFF28394-963A-42FD-B435-
FD03A465334E/telegram-data/account-6887723184833668076/postbox/db/db_sqlite :
0x2CFFCBF (Size: 57982976 bytes)

112310859 Johnny Cash

Hook

6/30/2020 2:47:34 PM(UTC+0)

Source Info:
00008020-000555013A41002E_files_partial-
afu.zip/private/var/mobile/Containers/Shared/AppGroup/BFF28394-963A-42FD-B435-
FD03A465334E/telegram-data/account-6887723184833668076/postbox/db/db_sqlite :
0x2CFFD50 (Size: 57982976 bytes)

112310859 Johnny Cash

**Attachments:**



Size: 1616263
File name: telegram-cloud-document-1-5177184635506917549
telegram-cloud-document-1-5177184635506917549

6/30/2020 2:58:51 PM(UTC+0)

Source Info:
00008020-000555013A41002E_files_partial-
afu.zip/private/var/mobile/Containers/Shared/AppGroup/BFF28394-963A-42FD-B435-
FD03A465334E/telegram-data/account-6887723184833668076/postbox/db/db_sqlite :
0x2CFFDD0 (Size: 57982976 bytes)
00008020-000555013A41002E_files_partial-
afu.zip/private/var/mobile/Containers/Shared/AppGroup/BFF28394-963A-42FD-B435-
FD03A465334E/telegram-data/account-6887723184833668076/postbox/media/telegram-
cloud-document-1-5177184635506917549 :  (Size: 1616263 bytes)

112310859 Johnny Cash

**Attachments:**



Size: 4012743
File name: telegram-cloud-document-1-5177184635506917550
telegram-cloud-document-1-5177184635506917550

6/30/2020 2:59:16 PM(UTC+0)

Source Info:
00008020-000555013A41002E_files_partial-
afu.zip/private/var/mobile/Containers/Shared/AppGroup/BFF28394-963A-42FD-B435-
FD03A465334E/telegram-data/account-6887723184833668076/postbox/db/db_sqlite :
0x2CFC196 (Size: 57982976 bytes)
00008020-000555013A41002E_files_partial-
afu.zip/private/var/mobile/Containers/Shared/AppGroup/BFF28394-963A-42FD-B435-
FD03A465334E/telegram-data/account-6887723184833668076/postbox/media/telegram-
cloud-document-1-5177184635506917550 :  (Size: 4012743 bytes)

228537188 City limits knls

**Attachments:**



Size: 39478
File name: telegram-cloud-document-1-5177184635506917551
telegram-cloud-document-1-5177184635506917551

6/30/2020 2:59:56 PM(UTC+0)

Source Info:
00008020-000555013A41002E_files_partial-
afu.zip/private/var/mobile/Containers/Shared/AppGroup/BFF28394-963A-42FD-B435-
FD03A465334E/telegram-data/account-6887723184833668076/postbox/db/db_sqlite :
0x2CFC409 (Size: 57982976 bytes)
00008020-000555013A41002E_files_partial-
afu.zip/private/var/mobile/Containers/Shared/AppGroup/BFF28394-963A-42FD-B435-
FD03A465334E/telegram-data/account-6887723184833668076/postbox/media/telegram-
cloud-document-1-5177184635506917551 :  (Size: 39478 bytes)

112310859 Johnny Cash

I don't know them its for a buddy

6/30/2020 3:05:32 PM(UTC+0)

Source Info:
00008020-000555013A41002E_files_partial-
afu.zip/private/var/mobile/Containers/Shared/AppGroup/BFF28394-963A-42FD-B435-
FD03A465334E/telegram-data/account-6887723184833668076/postbox/db/db_sqlite :
0x2CFC5DA (Size: 57982976 bytes)

228537188 City limits knls

Soldier 8 knls from pa? They got the male

6/30/2020 3:16:37 PM(UTC+0)

Source Info:
00008020-000555013A41002E_files_partial-
afu.zip/private/var/mobile/Containers/Shared/AppGroup/BFF28394-963A-42FD-B435-
FD03A465334E/telegram-data/account-6887723184833668076/postbox/db/db_sqlite :
0x2CFC6CF (Size: 57982976 bytes)

112310859 Johnny Cash

34 females too?

6/30/2020 3:17:31 PM(UTC+0)

Source Info:
00008020-000555013A41002E_files_partial-
afu.zip/private/var/mobile/Containers/Shared/AppGroup/BFF28394-963A-42FD-B435-
FD03A465334E/telegram-data/account-6887723184833668076/postbox/db/db_sqlite :
0x2CFC799 (Size: 57982976 bytes)

228537188 City limits knls

**Attachments:**



Size: 50700
File name: telegram-cloud-document-1-5177184635506917553
telegram-cloud-document-1-5177184635506917553

6/30/2020 3:31:02 PM(UTC+0)

Source Info:
00008020-000555013A41002E_files_partial-
afu.zip/private/var/mobile/Containers/Shared/AppGroup/BFF28394-963A-42FD-B435-
FD03A465334E/telegram-data/account-6887723184833668076/postbox/db/db_sqlite :
0x2CFC824 (Size: 57982976 bytes)
00008020-000555013A41002E_files_partial-
afu.zip/private/var/mobile/Containers/Shared/AppGroup/BFF28394-963A-42FD-B435-
FD03A465334E/telegram-data/account-6887723184833668076/postbox/media/telegram-
cloud-document-1-5177184635506917553 :  (Size: 50700 bytes)

228537188 City limits knls

**Attachments:**



Size: 54411
File name: telegram-cloud-document-1-5177184635506917554
telegram-cloud-document-1-5177184635506917554

6/30/2020 3:31:45 PM(UTC+0)

Source Info:
00008020-000555013A41002E_files_partial-
afu.zip/private/var/mobile/Containers/Shared/AppGroup/BFF28394-963A-42FD-B435-
FD03A465334E/telegram-data/account-6887723184833668076/postbox/db/db_sqlite :
0x2CFC9D0 (Size: 57982976 bytes)
00008020-000555013A41002E_files_partial-
afu.zip/private/var/mobile/Containers/Shared/AppGroup/BFF28394-963A-42FD-B435-
FD03A465334E/telegram-data/account-6887723184833668076/postbox/media/telegram-
cloud-document-1-5177184635506917554 :  (Size: 54411 bytes)

112310859 Johnny Cash

Ok try and get 34 female. Funks got her

6/30/2020 3:32:57 PM(UTC+0)

Source Info:
00008020-000555013A41002E_files_partial-
afu.zip/private/var/mobile/Containers/Shared/AppGroup/BFF28394-963A-42FD-B435-
FD03A465334E/telegram-data/account-6887723184833668076/postbox/db/db_sqlite :
0x2CFCBA1 (Size: 57982976 bytes)

238869936 Deek

425 got a 2xw or ch I believe though

6/30/2020 3:47:04 PM(UTC+0)

Source Info:
00008020-000555013A41002E_files_partial-
afu.zip/private/var/mobile/Containers/Shared/AppGroup/BFF28394-963A-42FD-B435-
FD03A465334E/telegram-data/account-6887723184833668076/postbox/db/db_sqlite :
0x2CFCC44 (Size: 57982976 bytes)

238869936 Deek

**Attachments:**



Size: 406277
File name: telegram-cloud-photo-size-1-5177184635963156604-y
telegram-cloud-photo-size-1-5177184635963156604-y

6/30/2020 3:48:43 PM(UTC+0)

Source Info:
00008020-000555013A41002E_files_partial-
afu.zip/private/var/mobile/Containers/Shared/AppGroup/BFF28394-963A-42FD-B435-
FD03A465334E/telegram-data/account-6887723184833668076/postbox/db/db_sqlite :
0x2CFCCE4 (Size: 57982976 bytes)
00008020-000555013A41002E_files_partial-
afu.zip/private/var/mobile/Containers/Shared/AppGroup/BFF28394-963A-42FD-B435-
FD03A465334E/telegram-data/account-6887723184833668076/postbox/media/telegram-
cloud-photo-size-1-5177184635963156604-y :  (Size: 406277 bytes)

238869936 Deek

I see the family resemblance

6/30/2020 3:48:49 PM(UTC+0)

Source Info:
00008020-000555013A41002E_files_partial-
afu.zip/private/var/mobile/Containers/Shared/AppGroup/BFF28394-963A-42FD-B435-
FD03A465334E/telegram-data/account-6887723184833668076/postbox/db/db_sqlite :
0x2CFD15C (Size: 57982976 bytes)

112310859 Johnny Cash

Strong genes

6/30/2020 4:00:17 PM(UTC+0)

Source Info:
00008020-000555013A41002E_files_partial-
afu.zip/private/var/mobile/Containers/Shared/AppGroup/BFF28394-963A-42FD-B435-
FD03A465334E/telegram-data/account-6887723184833668076/postbox/db/db_sqlite :
0x2CFD1F4 (Size: 57982976 bytes)

112310859 Johnny Cash

It don't matter

6/30/2020 4:00:31 PM(UTC+0)

Source Info:
00008020-000555013A41002E_files_partial-
afu.zip/private/var/mobile/Containers/Shared/AppGroup/BFF28394-963A-42FD-B435-
FD03A465334E/telegram-data/account-6887723184833668076/postbox/db/db_sqlite :
0x2CFD27C (Size: 57982976 bytes)

238869936 Deek

I know it don't matter to you, that's what we all want for our first lol, But I thought he was
looking for a Ch, I could be wrong though

6/30/2020 4:04:36 PM(UTC+0)

Source Info:
00008020-000555013A41002E_files_partial-afu.zip/private/var/mobile/Containers/Shared/AppGroup/BFF28394-963A-42FD-B435-
FD03A465334E/telegram-data/account-6887723184833668076/postbox/db/db_sqlite : 0x2CFD32C (Size: 57982976 bytes)

238869936 Deek

Attachments:



Size: 774093
File name: telegram-cloud-photo-size-1-5177184635963156606-y
telegram-cloud-photo-size-1-5177184635963156606-y

6/30/2020 4:05:51 PM(UTC+0)

Source Info:
00008020-000555013A41002E_files_partial-
afu.zip/private/var/mobile/Containers/Shared/AppGroup/BFF28394-963A-42FD-B435-
FD03A465334E/telegram-data/account-6887723184833668076/postbox/db/db_sqlite :
0x2CFD77C (Size: 57982976 bytes)
00008020-000555013A41002E_files_partial-
afu.zip/private/var/mobile/Containers/Shared/AppGroup/BFF28394-963A-42FD-B435-
FD03A465334E/telegram-data/account-6887723184833668076/postbox/media/telegram-
cloud-photo-size-1-5177184635963156606-y :  (Size: 774093 bytes)

238869936 Deek

Attachments:



Size: 760771
File name: telegram-cloud-photo-size-1-5177184635963156605-y
telegram-cloud-photo-size-1-5177184635963156605-y

6/30/2020 4:05:51 PM(UTC+0)

Source Info:
00008020-000555013A41002E_files_partial-
afu.zip/private/var/mobile/Containers/Shared/AppGroup/BFF28394-963A-42FD-B435-
FD03A465334E/telegram-data/account-6887723184833668076/postbox/db/db_sqlite :
0x2CFD434 (Size: 57982976 bytes)
00008020-000555013A41002E_files_partial-
afu.zip/private/var/mobile/Containers/Shared/AppGroup/BFF28394-963A-42FD-B435-
FD03A465334E/telegram-data/account-6887723184833668076/postbox/media/telegram-
cloud-photo-size-1-5177184635963156605-y :  (Size: 760771 bytes)

228537188 City limits knls

Attachments:



Size: 44789
File name: telegram-cloud-document-1-5177184635506917555
telegram-cloud-document-1-5177184635506917555

6/30/2020 4:05:53 PM(UTC+0)

Source Info:
00008020-000555013A41002E_files_partial-
afu.zip/private/var/mobile/Containers/Shared/AppGroup/BFF28394-963A-42FD-B435-
FD03A465334E/telegram-data/account-6887723184833668076/postbox/db/db_sqlite :
0x2CFDAB2 (Size: 57982976 bytes)
00008020-000555013A41002E_files_partial-
afu.zip/private/var/mobile/Containers/Shared/AppGroup/BFF28394-963A-42FD-B435-
FD03A465334E/telegram-data/account-6887723184833668076/postbox/media/telegram-
cloud-document-1-5177184635506917555 : (Size: 44789 bytes)

238869936 Deek

Red alert the day of.

6/30/2020 4:05:54 PM(UTC+0)

Source Info:
00008020-000555013A41002E_files_partial-
afu.zip/private/var/mobile/Containers/Shared/AppGroup/BFF28394-963A-42FD-B435-
FD03A465334E/telegram-data/account-6887723184833668076/postbox/db/db_sqlite :
0x2CFDC5E (Size: 57982976 bytes)

228537188 City limits knls

Attachments:



Size: 20478
File name: telegram-cloud-photo-size-1-5177184635963156608-m
telegram-cloud-photo-size-1-5177184635963156608-m

6/30/2020 4:06:19 PM(UTC+0)

Source Info:
00008020-000555013A41002E_files_partial-
afu.zip/private/var/mobile/Containers/Shared/AppGroup/BFF28394-963A-42FD-B435-
FD03A465334E/telegram-data/account-6887723184833668076/postbox/db/db_sqlite :
0x2CBC20C (Size: 57982976 bytes)
00008020-000555013A41002E_files_partial-
afu.zip/private/var/mobile/Containers/Shared/AppGroup/BFF28394-963A-42FD-B435-
FD03A465334E/telegram-data/account-6887723184833668076/postbox/media/telegram-
cloud-photo-size-1-5177184635963156608-m : (Size: 20478 bytes)

228537188 City limits knls

Attachments:



Size: 16674
File name: telegram-cloud-photo-size-1-5177184635963156607-m
telegram-cloud-photo-size-1-5177184635963156607-m

6/30/2020 4:06:19 PM(UTC+0)

Source Info:
00008020-000555013A41002E_files_partial-
afu.zip/private/var/mobile/Containers/Shared/AppGroup/BFF28394-963A-42FD-B435-
FD03A465334E/telegram-data/account-6887723184833668076/postbox/db/db_sqlite :
0x2CFDCEF (Size: 57982976 bytes)
00008020-000555013A41002E_files_partial-
afu.zip/private/var/mobile/Containers/Shared/AppGroup/BFF28394-963A-42FD-B435-
FD03A465334E/telegram-data/account-6887723184833668076/postbox/media/telegram-
cloud-photo-size-1-5177184635963156607-m : (Size: 16674 bytes)

228537188 City limits knls

**Attachments:**



Size: 18933
File name: telegram-cloud-document-1-5177184635506917556
telegram-cloud-document-1-5177184635506917556

6/30/2020 4:06:24 PM(UTC+0)

Source Info:
00008020-000555013A41002E_files_partial-
afu.zip/private/var/mobile/Containers/Shared/AppGroup/BFF28394-963A-42FD-B435-
FD03A465334E/telegram-data/account-6887723184833668076/postbox/db/db_sqlite :
0x2CBC54B (Size: 57982976 bytes)
00008020-000555013A41002E_files_partial-
afu.zip/private/var/mobile/Containers/Shared/AppGroup/BFF28394-963A-42FD-B435-
FD03A465334E/telegram-data/account-6887723184833668076/postbox/media/telegram-
cloud-document-1-5177184635506917556 : (Size: 18933 bytes)

112310859 Johnny Cash

Looking good

6/30/2020 4:08:23 PM(UTC+0)

Source Info:
00008020-000555013A41002E_files_partial-
afu.zip/private/var/mobile/Containers/Shared/AppGroup/BFF28394-963A-42FD-B435-
FD03A465334E/telegram-data/account-6887723184833668076/postbox/db/db_sqlite :
0x2CBC6F7 (Size: 57982976 bytes)

228537188 City limits knls

**Attachments:**



Size: 7157595
File name: video.mp4
video.mp4

6/30/2020 4:10:11 PM(UTC+0)

Source Info:
00008020-000555013A41002E_files_partial-
afu.zip/private/var/mobile/Containers/Shared/AppGroup/BFF28394-963A-42FD-B435-
FD03A465334E/telegram-data/account-6887723184833668076/postbox/db/db_sqlite :
0x2CBC77F (Size: 57982976 bytes)
00008020-000555013A41002E_files_partial-
afu.zip/private/var/mobile/Containers/Shared/AppGroup/BFF28394-963A-42FD-B435-
FD03A465334E/telegram-data/account-6887723184833668076/postbox/media/telegram-
cloud-document-1-5177184635506917557 : (Size: 7157595 bytes)

228537188 City limits knls

**Attachments:**



Size: 54698
File name: telegram-cloud-document-1-5177184635506917558
telegram-cloud-document-1-5177184635506917558

6/30/2020 4:10:25 PM(UTC+0)

Source Info:
00008020-000555013A41002E_files_partial-
afu.zip/private/var/mobile/Containers/Shared/AppGroup/BFF28394-963A-42FD-B435-
FD03A465334E/telegram-data/account-6887723184833668076/postbox/db/db_sqlite :
0x2CBC9FC (Size: 57982976 bytes)
00008020-000555013A41002E_files_partial-
afu.zip/private/var/mobile/Containers/Shared/AppGroup/BFF28394-963A-42FD-B435-
FD03A465334E/telegram-data/account-6887723184833668076/postbox/media/telegram-
cloud-document-1-5177184635506917558 : (Size: 54698 bytes)

112310859 Johnny Cash

Just wanna hook weights not stories when you got a titled dog thats 1 thing these guys are clowns with that nonsense

6/30/2020 4:11:53 PM(UTC+0)

Source Info:
00008020-000555013A41002E_files_partial-afu.zip/private/var/mobile/Containers/Shared/AppGroup/BFF28394-963A-42FD-B435-FD03A465334E/telegram-data/account-6887723184833668076/postbox/db/db_sqlite : 0x2CBCBCD (Size: 57982976 bytes)



228537188 City limits knls

Attachments:

Size: 67054
File name: telegram-cloud-document-1-5177184635506917559
telegram-cloud-document-1-5177184635506917559

6/30/2020 4:12:27 PM(UTC+0)

Source Info:
00008020-000555013A41002E_files_partial-afu.zip/private/var/mobile/Containers/Shared/AppGroup/BFF28394-963A-42FD-B435-FD03A465334E/telegram-data/account-6887723184833668076/postbox/db/db_sqlite : 0x2CBCCBD (Size: 57982976 bytes)
00008020-000555013A41002E_files_partial-afu.zip/private/var/mobile/Containers/Shared/AppGroup/BFF28394-963A-42FD-B435-FD03A465334E/telegram-data/account-6887723184833668076/postbox/media/telegram-cloud-document-1-5177184635506917559 :  (Size: 67054 bytes)

112310859 Johnny Cash

Attachments:



Size: 165618
File name: telegram-cloud-document-1-5177184635506917560
telegram-cloud-document-1-5177184635506917560

6/30/2020 4:12:47 PM(UTC+0)

Source Info:
00008020-000555013A41002E_files_partial-afu.zip/private/var/mobile/Containers/Shared/AppGroup/BFF28394-963A-42FD-B435-FD03A465334E/telegram-data/account-6887723184833668076/postbox/db/db_sqlite : 0x2CBCE69 (Size: 57982976 bytes)
00008020-000555013A41002E_files_partial-afu.zip/private/var/mobile/Containers/Shared/AppGroup/BFF28394-963A-42FD-B435-FD03A465334E/telegram-data/account-6887723184833668076/postbox/media/telegram-cloud-document-1-5177184635506917560 :  (Size: 165618 bytes)

238869936 Deek

No doubt

6/30/2020 4:13:44 PM(UTC+0)

Source Info:
00008020-000555013A41002E_files_partial-afu.zip/private/var/mobile/Containers/Shared/AppGroup/BFF28394-963A-42FD-B435-FD03A465334E/telegram-data/account-6887723184833668076/postbox/db/db_sqlite : 0x2D290FF (Size: 57982976 bytes)

228537188 City limits knls

Attachments:



Size: 70784
File name: telegram-cloud-document-1-5177184635506917561
telegram-cloud-document-1-5177184635506917561

6/30/2020 4:13:53 PM(UTC+0)

Source Info:
00008020-000555013A41002E_files_partial-
afu.zip/private/var/mobile/Containers/Shared/AppGroup/BFF28394-963A-42FD-B435-
FD03A46534E/telegram-data/account-6887723184833668076/postbox/db/db_sqlite :
0x2D291A8 (Size: 57982976 bytes)
00008020-000555013A41002E_files_partial-
afu.zip/private/var/mobile/Containers/Shared/AppGroup/BFF28394-963A-42FD-B435-
FD03A46534E/telegram-data/account-6887723184833668076/postbox/media/telegram-
cloud-document-1-5177184635506917561 :  (Size: 70784 bytes)

238869936 Deek

Try again

6/30/2020 4:13:59 PM(UTC+0)

Source Info:
00008020-000555013A41002E_files_partial-
afu.zip/private/var/mobile/Containers/Shared/AppGroup/BFF28394-963A-42FD-B435-
FD03A46534E/telegram-data/account-6887723184833668076/postbox/db/db_sqlite :
0x2D29354 (Size: 57982976 bytes)

228537188 City limits knls

Damn

6/30/2020 4:14:25 PM(UTC+0)

Source Info:
00008020-000555013A41002E_files_partial-
afu.zip/private/var/mobile/Containers/Shared/AppGroup/BFF28394-963A-42FD-B435-
FD03A46534E/telegram-data/account-6887723184833668076/postbox/db/db_sqlite :
0x2D29431 (Size: 57982976 bytes)

238869936 Deek

Keep my eyes open for you bro

6/30/2020 4:14:47 PM(UTC+0)

Source Info:
00008020-000555013A41002E_files_partial-
afu.zip/private/var/mobile/Containers/Shared/AppGroup/BFF28394-963A-42FD-B435-
FD03A46534E/telegram-data/account-6887723184833668076/postbox/db/db_sqlite :
0x2D294DE (Size: 57982976 bytes)

238869936 Deek

Please stop

6/30/2020 4:15:00 PM(UTC+0)

Source Info:
00008020-000555013A41002E_files_partial-
afu.zip/private/var/mobile/Containers/Shared/AppGroup/BFF28394-963A-42FD-B435-
FD03A46534E/telegram-data/account-6887723184833668076/postbox/db/db_sqlite :
0x2D2959C (Size: 57982976 bytes)

**238869936 Deek**

Attachments:



Size: 181626
File name: mp4.mp4
mp4.mp4

6/30/2020 4:15:31 PM(UTC+0)

Source Info:
00008020-000555013A41002E_files_partial-
afu.zip/private/var/mobile/Containers/Shared/AppGroup/BFF28394-963A-42FD-B435-
FD03A465334E/telegram-data/account-6887723184833668076/postbox/db/db_sqlite :
0x2D2967B (Size: 57982976 bytes)
00008020-000555013A41002E_files_partial-
afu.zip/private/var/mobile/Containers/Shared/AppGroup/BFF28394-963A-42FD-B435-
FD03A465334E/telegram-data/account-6887723184833668076/postbox/media/telegram-
cloud-document-4-5948374691000353368 :  (Size: 181626 bytes)

**228537188 City limits knls**

Attachments:



Size: 20678
File name: telegram-cloud-document-1-5177184635506917562
telegram-cloud-document-1-5177184635506917562

6/30/2020 4:15:36 PM(UTC+0)

Source Info:
00008020-000555013A41002E_files_partial-
afu.zip/private/var/mobile/Containers/Shared/AppGroup/BFF28394-963A-42FD-B435-
FD03A465334E/telegram-data/account-6887723184833668076/postbox/db/db_sqlite :
0x2D29943 (Size: 57982976 bytes)
00008020-000555013A41002E_files_partial-
afu.zip/private/var/mobile/Containers/Shared/AppGroup/BFF28394-963A-42FD-B435-
FD03A465334E/telegram-data/account-6887723184833668076/postbox/media/telegram-
cloud-document-1-5177184635506917562 :  (Size: 20678 bytes)

**238869936 Deek**

Lol

6/30/2020 4:15:47 PM(UTC+0)

Source Info:
00008020-000555013A41002E_files_partial-
afu.zip/private/var/mobile/Containers/Shared/AppGroup/BFF28394-963A-42FD-B435-
FD03A465334E/telegram-data/account-6887723184833668076/postbox/db/db_sqlite :
0x2D29AEE (Size: 57982976 bytes)

**238869936 Deek**

And I agree with that about demanding it be this or that. Just hook the weight. The only thing
I demand is that it's good safe people!!!

6/30/2020 4:18:30 PM(UTC+0)

Source Info:
00008020-000555013A41002E_files_partial-afu.zip/private/var/mobile/Containers/Shared/AppGroup/BFF28394-963A-42FD-B435-
FD03A465334E/telegram-data/account-6887723184833668076/postbox/db/db_sqlite : 0x2D29B6D (Size: 57982976 bytes)

112310859 Johnny Cash

Attachments:



Size: 356397
File name: telegram-cloud-document-1-5177184635506917563
telegram-cloud-document-1-5177184635506917563

6/30/2020 4:28:29 PM(UTC+0)

Source Info:
00008020-000555013A41002E_files_partial-
afu.zip/private/var/mobile/Containers/Shared/AppGroup/BFF28394-963A-42FD-B435-
FD03A465334E/telegram-data/account-688772318483366076/postbox/db/db_sqlite :
0x2D29C98 (Size: 57982976 bytes)
00008020-000555013A41002E_files_partial-
afu.zip/private/var/mobile/Containers/Shared/AppGroup/BFF28394-963A-42FD-B435-
FD03A465334E/telegram-data/account-688772318483366076/postbox/media/telegram-
cloud-document-1-5177184635506917563 :  (Size: 356397 bytes)

112310859 Johnny Cash

Attachments:



Size: 72195
File name: telegram-cloud-document-1-5177184635506917564
telegram-cloud-document-1-5177184635506917564

6/30/2020 4:29:15 PM(UTC+0)

Source Info:
00008020-000555013A41002E_files_partial-
afu.zip/private/var/mobile/Containers/Shared/AppGroup/BFF28394-963A-42FD-B435-
FD03A465334E/telegram-data/account-688772318483366076/postbox/db/db_sqlite :
0x2D29E69 (Size: 57982976 bytes)
00008020-000555013A41002E_files_partial-
afu.zip/private/var/mobile/Containers/Shared/AppGroup/BFF28394-963A-42FD-B435-
FD03A465334E/telegram-data/account-688772318483366076/postbox/media/telegram-
cloud-document-1-5177184635506917564 :  (Size: 72195 bytes)

228537188 City limits knls

Attachments:



Size: 1186948
File name: video.mp4
video.mp4

6/30/2020 4:42:23 PM(UTC+0)

Source Info:
00008020-000555013A41002E_files_partial-
afu.zip/private/var/mobile/Containers/Shared/AppGroup/BFF28394-963A-42FD-B435-
FD03A46534E/telegram-data/account-688772318483368076/postbox/db/db_sqlite :
0x2CFA174 (Size: 57982976 bytes)
00008020-000555013A41002E_files_partial-
afu.zip/private/var/mobile/Containers/Shared/AppGroup/BFF28394-963A-42FD-B435-
FD03A46534E/telegram-data/account-688772318483368076/postbox/media/telegram-
cloud-document-1-5177184635506917565 :  (Size: 1186948 bytes)

238869936 Deek

Attachments:



Size: 41693
File name: telegram-cloud-document-1-5177184635506917566
telegram-cloud-document-1-5177184635506917566

6/30/2020 4:44:06 PM(UTC+0)

Source Info:
00008020-000555013A41002E_files_partial-
afu.zip/private/var/mobile/Containers/Shared/AppGroup/BFF28394-963A-42FD-B435-
FD03A465334E/telegram-data/account-6887723184833668076/postbox/db/db_sqlite :
0x2CFA495 (Size: 57982976 bytes)
00008020-000555013A41002E_files_partial-
afu.zip/private/var/mobile/Containers/Shared/AppGroup/BFF28394-963A-42FD-B435-
FD03A465334E/telegram-data/account-6887723184833668076/postbox/media/telegram-
cloud-document-1-5177184635506917566 :  (Size: 41693 bytes)

238869936 Deek

Attachments:



Size: 45498
File name: telegram-cloud-document-1-5177184635506917567
telegram-cloud-document-1-5177184635506917567

6/30/2020 4:44:25 PM(UTC+0)

Source Info:
00008020-000555013A41002E_files_partial-
afu.zip/private/var/mobile/Containers/Shared/AppGroup/BFF28394-963A-42FD-B435-
FD03A465334E/telegram-data/account-6887723184833668076/postbox/db/db_sqlite :
0x2CFA8A4 (Size: 57982976 bytes)
00008020-000555013A41002E_files_partial-
afu.zip/private/var/mobile/Containers/Shared/AppGroup/BFF28394-963A-42FD-B435-
FD03A465334E/telegram-data/account-6887723184833668076/postbox/media/telegram-
cloud-document-1-5177184635506917567 :  (Size: 45498 bytes)

228537188 City limits knls

Attachments:



Size: 20012
File name: telegram-cloud-document-1-5177184635506917568
telegram-cloud-document-1-5177184635506917568

6/30/2020 4:44:30 PM(UTC+0)

Source Info:
00008020-000555013A41002E_files_partial-
afu.zip/private/var/mobile/Containers/Shared/AppGroup/BFF28394-963A-42FD-B435-
FD03A465334E/telegram-data/account-6887723184833668076/postbox/db/db_sqlite :
0x2CFAA75 (Size: 57982976 bytes)
00008020-000555013A41002E_files_partial-
afu.zip/private/var/mobile/Containers/Shared/AppGroup/BFF28394-963A-42FD-B435-
FD03A465334E/telegram-data/account-6887723184833668076/postbox/media/telegram-
cloud-document-1-5177184635506917568 :  (Size: 20012 bytes)

238869936 Deek

6/30/2020 4:45:04 PM(UTC+0)

Source Info:
00008020-000555013A41002E_files_partial-
afu.zip/private/var/mobile/Containers/Shared/AppGroup/BFF28394-963A-42FD-B435-
FD03A465334E/telegram-data/account-6887723184833668076/postbox/db/db_sqlite :
0x2CFAC21 (Size: 57982976 bytes)

112310859 Johnny Cash

Looking good

6/30/2020 4:48:37 PM(UTC+0)

Source Info:
00008020-000555013A41002E_files_partial-
afu.zip/private/var/mobile/Containers/Shared/AppGroup/BFF28394-963A-42FD-B435-
FD03A465334E/telegram-data/account-6887723184833668076/postbox/db/db_sqlite :
0x2CFAD01 (Size: 57982976 bytes)

228537188 City limits knls

Attachments:



Size: 46818
File name: telegram-cloud-document-1-5177184635506917583
telegram-cloud-document-1-5177184635506917583

6/30/2020 9:08:48 PM(UTC+0)

Source Info:
00008020-000555013A41002E_files_partial-
afu.zip/private/var/mobile/Containers/Shared/AppGroup/BFF28394-963A-42FD-B435-
FD03A465334E/telegram-data/account-6887723184833668076/postbox/db/db_sqlite :
0x2CFADE1 (Size: 57982976 bytes)
00008020-000555013A41002E_files_partial-
afu.zip/private/var/mobile/Containers/Shared/AppGroup/BFF28394-963A-42FD-B435-
FD03A465334E/telegram-data/account-6887723184833668076/postbox/media/telegram-
cloud-document-1-5177184635506917583 :  (Size: 46818 bytes)

112310859 Johnny Cash

Attachments:



Size: 849190
File name: telegram-cloud-document-1-5179657664791052456
telegram-cloud-document-1-5179657664791052456

7/1/2020 12:01:10 AM(UTC+0)

Source Info:
00008020-000555013A41002E_files_partial-
afu.zip/private/var/mobile/Containers/Shared/AppGroup/BFF28394-963A-42FD-B435-
FD03A465334E/telegram-data/account-6887723184833668076/postbox/db/db_sqlite :
0x2CFAF8D (Size: 57982976 bytes)
00008020-000555013A41002E_files_partial-
afu.zip/private/var/mobile/Containers/Shared/AppGroup/BFF28394-963A-42FD-B435-
FD03A465334E/telegram-data/account-6887723184833668076/postbox/media/telegram-
cloud-document-1-5179657664791052456 :  (Size: 849190 bytes)

112310859 Johnny Cash

Attachments:

Size: 10817
File name: telegram-cloud-document-1-5177184635506917587
telegram-cloud-document-1-5177184635506917587

7/1/2020 12:01:24 AM(UTC+0)

Source Info:
00008020-000555013A41002E_files_partial-
afu.zip/private/var/mobile/Containers/Shared/AppGroup/BFF28394-963A-42FD-B435-
FD03A465334E/telegram-data/account-6887723184833668076/postbox/db/db_sqlite :
0x2CB8A87 (Size: 57982976 bytes)
00008020-000555013A41002E_files_partial-
afu.zip/private/var/mobile/Containers/Shared/AppGroup/BFF28394-963A-42FD-B435-
FD03A465334E/telegram-data/account-6887723184833668076/postbox/media/telegram-
cloud-document-1-5177184635506917587 :  (Size: 10817 bytes)

238869936 Deek

**Attachments:**



Size: 28785
File name: telegram-cloud-document-1-5177184635506917588
telegram-cloud-document-1-5177184635506917588

7/1/2020 12:02:08 AM(UTC+0)

Source Info:
00008020-000555013A41002E_files_partial-
afu.zip/private/var/mobile/Containers/Shared/AppGroup/BFF28394-963A-42FD-B435-
FD03A465334E/telegram-data/account-6887723184833668076/postbox/db/db_sqlite :
0x2C88B86 (Size: 57982976 bytes)
00008020-000555013A41002E_files_partial-
afu.zip/private/var/mobile/Containers/Shared/AppGroup/BFF28394-963A-42FD-B435-
FD03A465334E/telegram-data/account-6887723184833668076/postbox/media/telegram-
cloud-document-1-5177184635506917588 :  (Size: 28785 bytes)

112310859 Johnny Cash

**Attachments:**



Size: 849190
File name: telegram-cloud-document-1-5179657664791052456
telegram-cloud-document-1-5179657664791052456

7/1/2020 12:06:07 AM(UTC+0)

Source Info:
00008020-000555013A41002E_files_partial-
afu.zip/private/var/mobile/Containers/Shared/AppGroup/BFF28394-963A-42FD-B435-
FD03A465334E/telegram-data/account-6887723184833668076/postbox/db/db_sqlite :
0x2CFA699 (Size: 57982976 bytes)
00008020-000555013A41002E_files_partial-
afu.zip/private/var/mobile/Containers/Shared/AppGroup/BFF28394-963A-42FD-B435-
FD03A465334E/telegram-data/account-6887723184833668076/postbox/media/telegram-
cloud-document-1-5179657664791052456 :  (Size: 849190 bytes)

238869936 Deek

Is the 38m close?

7/1/2020 12:06:34 AM(UTC+0)

Source Info:
00008020-000555013A41002E_files_partial-
afu.zip/private/var/mobile/Containers/Shared/AppGroup/BFF28394-963A-42FD-B435-
FD03A465334E/telegram-data/account-6887723184833668076/postbox/db/db_sqlite :
0x2CFA721 (Size: 57982976 bytes)

112310859 Johnny Cash

Its for funky buddy

7/1/2020 12:07:48 AM(UTC+0)

Source Info:
00008020-000555013A41002E_files_partial-
afu.zip/private/var/mobile/Containers/Shared/AppGroup/BFF28394-963A-42FD-B435-
FD03A465334E/telegram-data/account-6887723184833668076/postbox/db/db_sqlite :
0x2CF518F (Size: 57982976 bytes)

238869936 Deek

Ok someone just hit me with one.

7/1/2020 12:08:46 AM(UTC+0)

Source Info:
00008020-000555013A41002E_files_partial-
afu.zip/private/var/mobile/Containers/Shared/AppGroup/BFF28394-963A-42FD-B435-
FD03A465334E/telegram-data/account-6887723184833668076/postbox/db/db_sqlite :
0x305A473 (Size: 57982976 bytes)

238869936 Deek

Video still not working bro

7/1/2020 12:14:17 AM(UTC+0)

Source Info:
00008020-000555013A41002E_files_partial-
afu.zip/private/var/mobile/Containers/Shared/AppGroup/BFF28394-963A-42FD-B435-
FD03A465334E/telegram-data/account-6887723184833668076/postbox/db/db_sqlite :
0x2CF5466 (Size: 57982976 bytes)