# LaRon "Frog" West

## (DMV Board Activity on or about 10-16-18)

DMV board 181016 181017: 0:09:12 - 0:10:00

GET SICK (Audio): You know, that's my shit right there. I love to throw the motherfuckers over the bridge into the water. But, nah, you know, he lived too far. I ain't want to ride them motherfucking mutts for me just to throw them to the bridge. If they was closer, I would have went to the bridge to throw them over that motherfucker for sure.

CITY LIMITS (Audio): Hey, he should have invited me over there. He knows I would love to put them motherfuckers to sleep. I love that shit like a motherfucker, man. It's like I'm killing somebody, man. I'll unplug it and hook them up. Unplug it and hook them up. I like killing motherfuckers. Them motherfuckers taking my money, feeding them food, taking my antibiotics and in my yard taking my deck. Motherfuckers.

**GOVERNMENT EXHIBIT**
**930T**
1:22CR154