GOVERNMENT
EXHIBIT
636b
1:22CR154