IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | 1:22cr154 (LMB) |
| TARRY JERON WILSON, ) | |
| ) | |
| Defendant. ) | |

## ORDER

For the reasons stated in open court, it is hereby

ORDERED that the government obtain a forensic psychiatric evaluation of defendant Tarry Wilson by an expert in traumatic brain injuries and file a report pursuant to 18 U.S.C. § 4241(b) within forty five (45) days of the date of this Order. Because the defendant's competence is in question, in the interests of justice, all speedy trial time periods as to the defendant are waived.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 28 day of November, 2022.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge