# UNITED STATES DISTRICT COURT
## ** Plea Minutes **

Date:  04/03/2023                          Case #:  1:22-cr-00154-LMB-7
Time:  10:35 a.m. – 11:12 a.m. (00:37)       Interpreter/Lang:  N/A

Honorable **LEONIE M. BRINKEMA**, United States District Judge, Presiding

| Tanya Randall | Stephanie Austin |
|---|---|
| Courtroom Deputy | Court Reporter |

UNITED STATES OF AMERICA
v.
**TARRY JERON WILSON**

Deft appeared: [ X ] in person     [ ] failed to appear
               [ X ] with Counsel    [ ] without Counsel
               [ ] through Counsel

DANIEL GOLDMAN
**Counsel for Defendant**

CRISTINA STAM
GORDON KROMBERG
**Counsel for Government**

**Matter called for:**
[ ] Pre-Indictment Plea       [ X ] Change of Plea       [ ] Plea Agreement

**Filed in open court:**
[ ] Information     [ X ] Plea Agreement   [ X ] Statement of Facts     [ ] Waiver of Indictment

**Arraignment & Plea:**
[ ] WFA     [ ] FA     [ ] PG

**Plea:**
[ X ] Deft entered a Plea of Guilty as to Count(s) 1 of the   [ X ] Indictment    [ ] Information

[ X ] Plea accepted by the Court.

[ ] Deft waived right to PSI and consent to proceed with sentencing.

[ ] Motion for Dismissing Count(s) _____ by [ ] US or [ ] Deft

[ ] Order entered in open court     [ ] Order to follow

[ X ] Deft directed to USPO for PSI    [ X ] Yes     [ ] No

[ X ] Case continued to: **TUESDAY, JUNE 20, 2023** at **09:00 A.M.** for:

     [ ] Jury Trial     [ ] Bench Trial     [ ] Pre-Guidelines Sentencing    [ X ] Guidelines Sentencing


[ ] Deft remanded    [ ] Deft Released on Bond   [ X ] Deft Continued on same bond conditions

\#     Cancel previously scheduled Jury Trial set for: May 8, 2023 at 10:00 a.m.