# Exhibit 2



GOVERNMENT
EXHIBIT
641c
1:22CR154

File 10_VID00042.MP4



GOVERNMENT EXHIBIT
643a
1:22CR154

File 11  VID00048.MP4



File 16_VID00051.MP4



File 17_VID00053.MP4



GOVERNMENT EXHIBIT
648a
1:22CR154

## 18_VID00041.MP4



GOVERNMENT
EXHIBIT
**649a**
1:22CR154