# Exhibit 3



## CLASS SCHEDULE

| Time: | Sun | TUES | WED | Thurs | FRI | | | |
|---|---|---|---|---|---|---|---|---|
| Monday | 35 | 40 | 45 | 50 | REST | | | |
| Tuesday | | | | | | | | |
| Wednesday | Test Cap | | | | | | | |
| Thursday | | | | | | | | |
| Friday | | | | | | | | |
| Saturday | Test Cap | | | | | | | |

# WEB REFERENCE

## GENERAL REFERENCE & RESEARCH SITES

**Central Intelligence Agency:**
www.odci.gov/cia/publications/factbook
Central Intelligence Agency (CIA) worldwide factbook containing in-depth data for over 200 countries around the globe.

B-12
B super complex
Glucosine
Test cap
CREATINE 5,000
Amino Burst
Beta-Alanine
(CQ10 50)
✓ Fish oil
RF-1

**CNN Student News:** www.cnnfyi.com
U.S. and World news multimedia site tailored to the needs of students.

**Conversion Tables:** www.convert-me.com
Convert length, area, speed, temperature, etc., into different units and systems.

**eLibrary Research:** www.elibrary.com
Search any topic using a database of current newspapers, magazines, books and more.

**Encyclopedia Britannica:** www.britannica.com
Online version of one of the world's most trusted sources of information on every topic imaginable.

**Fact Monster:** www.factmonster.com
Designed for kids of all ages, this site offers an amazing array of facts and figures in addition to homework help, an almanac, dictionary and much more.

**Gallup Organization:** www.gallup.com
Search thousands of poll results, special reports, societal trends and social audits.

**Hoovers Business Research:** www.hoovers.com
Comprehensive index of over 45,000 leading U.S. private and public companies.

**Information Please Almanac:** www.infoplease.com
Online almanac offering millions of interesting and useful facts on a wide variety of subjects.

**Internet Public Library:** www.ipl.org
An exhaustive collection of over 20,000 titles.

**iTools Research:** www.itools.com
Collection of online research tools including dictionaries, translations, quotations and more.

**Library of Congress:** www.loc.gov
Easy to use reference catalog for accessing the collections of the Library of Congress.

**National Archives:** www.archives.gov
National Archives online directory of U.S. Federal records.

**Smithsonian Institution:** www.si.edu
User-friendly site from the world's largest museum complex and research organization.

**U.S. Census Bureau:** www.census.gov
A wealth of basic information about the U.S., broken down on a national, state and local level.

**U.S. Department of Labor:** http://stats.bls.gov
Bureau of Labor statistics site containing current labor statistics and links to hundreds of state and Federal agencies.

**U.S. Federal Government:** www.fedstats.gov
Statistical information from over 100 federal agencies.

(Shot Fri morning 8:00)
(Red Alert March 16) KEEP

Kibble - 2 cups
(cooked) water Chicken (L)
Flax seed oil, salmon, mackerel, tuna
kale, spinach, carrots, celery

Jan 29 ~~90 min walk~~
Tues  ~~Feed~~

Jan 30  30 min walk *
Wed    7 min slat (walk cooldown)
       Feed, supplement

Jan 31  30 min walk *
Thurs   30 min (pulling chains 10 lbs)
        Feed supplement

Feb 1   * Rest day *
(Fri &  Feed supplement
Sat)    * Steroid *

(6 wks)
Feb 3   40 min walk
Sun     10 min slat (walk cooldown)

Feb 4   40 min walk
Mon     13 min slat (walk cooldown)

Feb 5   40 min walk
Tues    15 min slat (walk cooldown)

Feb 6   40 min walk
Wed     ~~~~ 30 min (chain pull)



*Worming April 23,

May 3 (SUNDAY
   FEED weight (5lb.) weight collar

(WEEK 1)
Monday May 4
   Walk 1mi  10 s lat mill, (cooldown walk 1mi)
   :50.4 lbs

Tuesday May 5   (3 lbs weight collar)
   Walk 2mi  15 s lat mill (cooldown walk 1mi.

Wed   May 6


Thur   May 7
   10 min walk
   weight:
   *RESTDAY*

May 11 (Mon)                               Thor 47 lbs
HR
4 mi = walk  15 min slat mill  20 min cooldown


May 12 (Tues)
  HR
4 mi walk  15 min            20 min cooldown
- chain pulling 2)

May 13 (Wed)
    Best day


May 14 (Thurs)
   (HR)
4 min  15 slat mill (blast)  20 min cooldown
(48.4 lbs


May 15 (Fri)
2 mi walk  20 min slat mill  20 min cooldown
* He was tired (lazy walk, lazy workout)


May 16 (Sat)