# Exhibit 4

## BELLA/SPARTCUS

OFFSPRING    SIBLINGS    PEDSTATS    PRINTER FRIENDLY



BIRTHDATE: 2016-04-21
POSTED: 2015-04-19
LAST MODIFIED: 2016-07-01
PEDIGREE HAS BEEN SEEN: 4741 TIMES

1st stick: 2/16/16

2nd stick: 2/18/16
3rd stick: 2/20/16

### 4 GENERATION PEDIGREE

| First | Second | Third | Fourth |
|---|---|---|---|
| **(Sire) ADAMS SPARTCUS 2XW(GIS)** | **CLOCKWORK KENNEL'S DANGER** | **B.I.B.O STREATZ (2XW)** | **CH PROSET'S MORROCCO ROM** |
| | | | **CH H.O.E.'S SALINA (4XW-1XGL)** |
| | | **BIBO'S BERETTA** | **H.O.E.'S GABRIEL (2XW) ROM** |
| | | | **SWEETIE PIE** |
| | **UNKNOWN** | **UNKNOWN** | **UNKNOWN** |
| | | | **UNKNOWN** |
| | | **UNKNOWN** | **UNKNOWN** |
| | | | **UNKNOWN** |

|  |  | MAINLINE'S OUTTA WACK JACK | CH WOODALL'S WEIRD JACK ROM |
|---|---|---|---|
|  | CAMP 13/ZK'S DRAKE DRAKE 1XW |  | HOOPER'S TRAMP |
|  |  | NIGHT NIGHT | CH WOODALL'S WEIRD JACK ROM |
| (Dam) ⚡⚡CITY LIMITS BELLA 🏅🏅 |  |  | MAINLILNES MISS FITT |
|  |  | DUPREL'S TNT | CRENSHAW'S SKEET |
|  | CAMP 13'S MS.LONG |  | CRENSHAW'S BIG RED |
|  |  | MEGGINSON CRICKET 2 | BOWLING'S LONER (2XW) |
|  |  |  | MEGGIN'S CRICKET |

*This information is stored in and generated by: apbt.online-pedigrees.com*

All logos and trademarks in this site are property of their respective owner. The comments are property of their posters.

PHP-Nuke Copyright © 2005 by Francisco Burzi. This is free software, and you may redistribute it under the GPL. PHP-Nuke comes with absolutely no warranty, for details, see the license.
Page Generation: 0.02 Seconds

:: fisubgrey phpbb2 style by Daz :: PHP-Nuke theme by ThaiNuke ::