# Exhibit 5

GX 660bT:  08/12/2020 Interview of T.J. Wilson

AGENT PALIAN: So wait, let me stop there. You said you lost and moved onto the next one. Bella lost?

MR. WILSON: Hmm?

AGENT PALIAN: Did Bella lose?

MR. WILSON: Yeah.

AGENT PALIAN: How much did you bet on her?

MR. WILSON: A thousand dollars.

AGENT PALIAN: A thousand dollars on Bella? And you lost a thousand?

MR. WILSON: Yeah.

AGENT PALIAN: Did she come in at weight, or was she high or low or --

MR. WILSON: She was on weight. I don't --